IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

05 MAY -2 PM 3: 26

U.S. DISTRICT COURT
N.D. OF ALABAMA

2:05CV526-T

Inmate Identification Number: 234821

CV-05-G-0925-S

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

John Inman
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

State of Alabama and/or Alabama Department of Corrections
Prisons Health Systems
Corrections Officer James Caton Jr.
(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )    No (X)

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): N/A

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county)

    N/A

3. Docket number    N/A

4. Name of judge to whom case was assigned   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. Place of present confinement    Frank Lee Youth Center, Deatsville, AL 36022

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )        No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )        No (X)

   C. If your answer is YES:

      1. What steps did you take?   Not Available See Exibit [sic] enclosed

      2. What was the result?   N/A

   D. If your answer is NO, explain why not?   N/A Was told by Warden Cummins there was no such grievance procedure, I do have this in writing, and signed by him

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) John Inman

Address Frank Lee Youth Center P.O. Box 220410 Deatsville, Ala. 36022

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

X B. Defendant _____

is employed as _____

at _____

C. Additional Defendants State of Alabama
Alabama Dept of Corrections
Prison Health systems
Correction Officer James Caton Jr

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was involved in a Traffic accident and was injured. I have as a result of wreck permanent neck injury & need surgery for same. I have complete numbness in my left index finger as a result of it being severed in the accident. Officer Caton was the driver & the police reports state he ran a stop sign & was at fault, thus causing my injuries. The Nature of Neck injury³ is Dislocated Vertbra

The accident occurred on October 28, 2004 right outside the parking lot at Draper penitentiary on the highway, in a state prison bus driven by James Caton Jr. The state & officer Canton have failed to acknowledge Further injury. This suit is brought against the DOC & officer canton for violating my 8th U.S. Const. amend. right to be free of cruel or unusual punishment while incarcerated.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I need copies of my Medical file at Prison Health Systems. I want the court to issue a summary judgment in favor of the plaintiff based on injuries incurred, after court review. The parties involved have refused to see I get proper medical treatment for injuries incurred to include the driver officer Caton. For injuries incurred, to include mental pain & Anguish & future Medical bills - I request a judgment for 600,000.00 in Compensatory damages & 1,350,000.00 in punitive damages with interest on same from date of filing to date of settlement at AmSouth/SouthTrust prime rate.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2005.

John Inman
AIS 234821
Frank Lee Youth Center
P.O. Box 220410 Dorm 1-70
Deatsville, AL. 36022

Signature(s)

4