2:05CV526-T

RECEIVED
2005 JUN -3 A 9:40
MIDDLE DISTRICT ALA

**FOR USE BY INCARCERATED PERSONS**

05 MAY -2 PM 3:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

CV-05-G-0925-S

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: John DAVid InmAn

   Present mailing address: P.O. Box 220410 Deatsville, AL 36022
   Frank Lee Youth Center Dorm 1-70

2. Are you presently employed? Yes ____ No X

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   ______________________________

   ______________________________

   Monthly earnings: ____________

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Custom Manufacturing Memphis Tn

   ______________________________

   Date last worked: July 2002

   Monthly earnings: $2,500

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment? Yes ____ No X

   (b) Interest, dividends, rents, or investment income of any kind? Yes ____ No X



2

(c) Pensions, annuities, or life insurance payments? Yes ____ No X

(d) Gifts or inheritances? Yes ____ No X

(e) Any other sources? Yes ____ No X

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

______________________________

______________________________

______________________________

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ $35.00

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes ____ No X

If the answer is "yes," describe the property and state its approximate value:

______________________________

______________________________

______________________________

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

Caroline Inman Daughter I pay as much as i can

Sarah Inman Daughter " "

Archie Inman Son " "

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: 3-14-05

John Inman
SIGNATURE OF PLAINTIFF

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner John Inman has been incarcerated in this institution since Nov. 19, ~~19~~2004, and that he has the sum of $.07 in his prison or jail trust account on this the 20th day of April, ~~19~~2005. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Weekly Average Account Balance |
|---|---|---|---|
| Month 1 | 11/04 | $ 35.05 | $ 35.05 |
| Month 2 | 12/04 | $ 175.00 | $ 43.75 |
| Month 3 | 1/05 | $ 260.00 | $ 65.00 |
| Month 4 | 2/05 | $ 140.00 | $ 35.00 |
| Month 5 | 3/05 | $ 140.00 | $ 35.00 |
| Month 6 | 4/05 | $ 75.00 | $ 25.00 |
| Current month (if less than full month) | | $ | $ |

Cathy Pepper
Signature of Authorized Officer of Institution

Frank Lee Youth Center
Name of Institution

Exhibit A

INMATE REQUEST SLIP

Name [illegible] Quarters [illegible] Date [illegible]

AIS # [illegible]

( ) Telephone Call ( ) Custody Change (X) Personal Problem

( ) Special Visit ( ) Time Sheet ( ) Other

Briefly Outline Your Request - Then Drop In Mail Box

[illegible]

Do Not Write Below This Line - For Reply Only

THERE IS NO GRIEVANCE PROCEDURE. IF YOU ARE HAVING MEDICAL PROBLEMS YOU NEED TO SIGN UP ON SICK CALL

[signature] 4-11-05

Approved Denied Pay Phone Collect Call

Request Directed To (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

N176