**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

RECEIVED
2005 JUN -3 A 9: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

June 2, 2005

Office of the Clerk
United States District Court
Middle District of Alabama
P. O. Box 711
Montgomery, AL 36101

Case Number: CV-05-JFG-TMP-925-S

Dear Clerk:

In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: *Cheryl Sullivan*
Deputy Clerk

PDM:cts

Enclosures

xc:   Counsel