UNITED STATES DISTRICT COURT
For THE MIDDLE District of Alabama
Northern Division

John INMAN #234821      )
        vs.            )
State of Alabama, et.al. )

CV: 2-05-RV-526-T
WO
June 24th 2005

"Motion For Court to Serve a "Special Report"
upon the Defendants Remaing"

Now comes the plaintiff John INMAN in response to the
Courts "Recommendation of the Magistrate Judge" dated
June 15th 05. on the above styled Case For good of just
Cause.

The plaintiff recognizes an objection to said report would
be usless based on case law in place Her Honor has cited
as the law of the land. The plaintiff's only arguement thus
would be that the state Dep't of Corrections as a state agency
and that the remaining defendants should be required to
Carry libality insurance on any vehicle they put on the road
or that a state employee or state agent, acting under the color
of Authority of law should be required to do so — just as
every Citizen is required to maintain liability insurance
before being able to get a tag in this state. This statement
is Made For Comment purposes only & does not require a
Court response.

The plaintiff Honors the Courts decision handed down
& request that Her Honor proceed to serve a Copy of

a special report upon the remaining defendants spelling out to them the claim filed under 42-1983 civil suit regarding injury & damages.

Respectfully submitted

John Inman