IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOHN INMAN, #234 821           *

    Plaintiff,                  *

    v.                          *        2:05-CV-526-T

STATE OF ALABAMA, *et al.*,    *

    Defendants.                 *

_____

**ORDER ON MOTION**

Plaintiff filed a pleading on June 29, 2005 captioned as a *Motion for Court to Serve a "Special Report" Upon the Defendants Remaining*. (Doc. No. 8.) This pleading, which the court construes as Motion for Service of Complaint shall be denied a this time. On June 15, 2005 the court directed Plaintiff to submit a partial filing fee to the court. No further action shall be taken in this matter until Plaintiff complies with the court's June 15 order.

Accordingly, it is ORDERED that Plaintiff's June 29, 2005 pleading, construed as a Motion for Service of Complaint (Doc. No. 8), is DENIED at this time.

Done this 6th day of July, 2005.

                            /s/ Delores R. Boyd
                            DELORES R. BOYD
                            UNITED STATES MAGISTRATE JUDGE