UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

John Inman #234821 )
vs. )
State of Alabama, et all. )

CV # 2:05-CV-526-T
WO
July 10th 2005

## OBJECTION TO COURT ORDER AS WRITTEN. NOTICE TO THE COURT OF LACK OF COMMUNICATION Reguarding COURT RECORDS + COURT DECISIONS AN/or COURT ORDERS.

Now comes the plaintiff John Inman on the above style case giving notice to the court that as of this date he has received no notice from the Northern Dist court, or from Her Honor Judge Boyd in the Middle dist court.

In regards to my filing fees I thought the court would send notice to the prison so they could take the money from my Prison Funds Account. I talked to Mrs. Pepper she is the Lady That Takes care of such matters and she told me that the court had not sent anything to her.

I regret this has happened and have every intention in paying anything the court orders me to pay.

My sentence will be over 08-06-05 and I will be retaining an attorney the first day I'm free. I will contact the court

on the 8th day of August, or my Attorney will. I would appreciate any Le-way that the court could show me until I'm able to retain suitable counsil.

Thank You
John Inman

*/s/ John Inman*