**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Caton, Jr., CO
Frank Lee Youth Center
PO Box 220410
Deatsville, AL   36022

C & O   05-526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  John Cummus    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
John Cummus II                  7/22/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 3017 3096

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540