IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN INMAN, #234821 | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    2:05-CV-0526-T |
| | ) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
|    Defendants. | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 15, 2005 (Doc. 6), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against the State of Alabama and the Alabama Department of Corrections are dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

2. The State of Alabama and the Alabama Department of Corrections are dismissed as parties to this cause of action; and

3       This case with respect to Plaintiff's claims against the remaining defendants are referred back to the undersigned for further proceedings.

DONE, this the 3rd day of August, 2005.

                                                  /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE