IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JOHN INMAN, #234 821 | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION NO. 2:05-CV-526-T |
| PRISON HEALTH SYSTEMS, *et al.*, | * |
| Defendants. | * |

_____

## ORDER ON MOTION

Upon consideration of Defendant Prison Health Services, Inc., *Motion for Extension of Time* (Doc. No. 16), and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 16) is GRANTED;

2. Defendant Prison Health Services, Inc., is GRANTED an extension from August 29, 2005 to September 13, 2005 to file its answer and written report.

Done this 24th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE