IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN INMAN, #234821 | ) |
| Plaintiff(s), | ) |
| v. | ) 2-05-CV-526-T |
| STATE OF ALABAMA, ET AL. | ) |
| Defendant(s). | ) |

## ANSWER OF DEFENDANT JAMES CATON, JR.

COMES NOW Defendant James Caton, Jr., by and through the undersigned counsel, and for her Answer to the above-styled action, states as follows:

Defendant denies each and every material allegation made in the Complaint, and demands strict proof thereof.

Defendant denies that he violated any of the Plaintiff's constitutional rights.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Defendant is entitled to state agent immunity.

Defendant is entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

Defendant is entitled to Eleventh Amendment Immunity.

Defendant is entitled to qualified immunity.

Plaintiff's claims are barred by Ala. Code § 32-1-2.

1

Plaintiff's injuries, if any, were caused by the negligence of others over whom this defendant had no control, therefore plaintiff is barred from recovery against this defendant.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 26th day of August, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

John Inman, AIS# 234821
Frank Lee Youth Center
P.O. Box 220410, Dorm I-70
Deatsville, AL 36022

/s/Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General