IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN INMAN ) | |
| Plaintiff, ) | |
| Vs ) | 2:05 CV 526 T |
| JAMES CATON, JR. ) | |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Officer James Caton, Jr., who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James Caton, Jr. I am currently employed as a Correctional Officer I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On October 28, 2004 at approximately 1:30 PM I was driving an ADOC bus with 14 inmate passengers. The bus was involved in an accident with a pick-up truck driven by Mr. Hugh Steadham. The pick-up collided with the left side of the bus. All inmate passengers were immediately transported to the Staton Health Care Unit. The plaintiff, inmate John Inman, was later transferred by ambulance to Baptist South Hospital in Montgomery where he was treated and released back to the Staton Health Care Unit for observation. The plaintiff did not receive any serious injuries and was released back to Draper general population on October 29, 2004.


EXHIBIT 1

The plaintiff's claim of injuries to his spine and finger are without merit. He has been seen by the attending physician and an orthopedic specialist. Also, a c-spine x-ray did not find any damage to his spine or finger.

I was drug tested per Administrative Regulation 602 by the Alabama Alcohol and Drug Management Systems Inc. and my urine specimen was negative for narcotics and alcohol.

James Caton, Jr., COI

SWORN TO AND SUBSCRIBED before me this 17th day of August 2005.

Notary Public

My Commission Expire 6-1-07

N601
D of C
DOC No. 601
(Rev. 1/96)

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 10/28/04 | 3. Time: 1:30 PM | 4. Incident Number DCC 04-279 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Al Hwy 143 & Marion Spillway Rd. | | 6. Type of Incident: Automobile Accident | |
| 7. Time Incident Reported: 1:35 PM | | 8. Who Received Report: Lt. Daniel Avant | |

9. Victim:
  a. James Caton, Jr. (Driver)                    No. COI
     (Type Full Name)
  b. _____                      No. _____
     (Type Full Name)

10. SUSPECTS / VICTIMS:

| a. Tony Echols | No. B/233949 | | Timothy Powell | No. B/229913 |
|---|---|---|---|---|
| b. Clifford B. Ellis | No. B/208226A | b. | Dwayne Richardson | No. B/234296 |
| c. Demetrius Huckabee | No. B/221374 | c. | James A. Snipes | No. W/207878A |
| d. Josh Ingram | No. W/234389 | d. | Darian Ward | No. B/227662R |
| o. Jessie J. McShan | No. B/149196R | o. | Emmanuel Watson | No. B/226974 |
| Tavarius Parker | B/202824R | f. | Lefloyd Williams | No. B/234200 |
| John D. Inman | W/234821 | g. | Marion Woodward | No. B/192719R |

Physical Evidence:

12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence: N/A
   a. _____
   b. _____
   c. _____
   d. _____

15. Narrative Summary: On October 28, 2004 at approximately 1:30 PM Officer James Caton Jr. was assigned as Draper Farm Squad #11 Supervisor. Officer Caton had 14 inmates on his state issued bus (Tag #S-0882A) and was at the intersection of Marion Spillway Road and Alabama Hwy 143. Officer Caton pulled up to the stop sign and stopped and looked both ways before proceeding to cross Highway 143. Upon entering the northbound lane of Hwy 143, Officer Caton heard several inmates that were on the squad yelling to stop the bus. At this time Mr. Hugh Steadham hit the left hand front wheel and side of the bus with his 1994 Chevrolet pick-up truck. (Tag #29XM246) After the impact of the truck Officer Caton got all 14 inmates off
CONTINED

Distribution: ORIGINAL Investigation and Inspection Division    COPY to Central Records File
             COPY to Deputy Commissioner, Institutions           COPY to Institutional File



Case 2:05-cv-00526-MHT-DRB   Document 20-2   Filed 08/26/2005   Page 4 of 5

## CONTINUATION SHEET

**Incident Number:** DCC 04-279

**Date:** 10/28/04

**Type of incident:** Automobile Accident

**Narrative Summary (Continued) Page No. 2**

the bus and placed 12 of the inmates on the grass closest to Draper Industrial area fence. Officer Caton and inmate Jessie McShan B/149196R and Dwayne Richardson B/234296 proceeded to get Mr. Steadham out of his truck due to Officer Caton smelling gas from the truck. Mr. Steadham was placed in the grass on the southbound side of highway 143.

At approximately 1:40 PM Lt. Daniel Avant arrived at the scene and called Warden James DeLoach and advised him of the accident and also called for two state vans to transport the squad to the infirmary for medical attention. (See attached medical reports.) At approximately 1:42 PM Staton Communications was notified.

At approximately 2:00 PM Haynes Ambulance service arrived on the scene and transported Officer Caton and Mr. Steadham to Jackson Hospital. Officer Caton and Mr. Steadham were released from the hospital later that afternoon.

*COI James Caton, Jr.*

## ADDENDUM

On 10/28/04 at approximately 3:12 P.M., Lt. Vince Helms went to Jackson Hospital Emergency Room and collected a urine specimen from Officer James Caton, Jr. to be tested in accordance with Administrative Regulation #602. Lt. Helms took the specimen to AADMS (Alabama Alcohol and Drug Management Systems Inc,) at 266 Interstate Commercial Park Loop, Prattville, Al. 36066. On 11/1/04, Lt. Helms received notification from Ms. Kay Hope (Commissioner's Secretary) that Officer Caton's urine specimen was negative for narcotics and alcohol.

*Lt. Vince Helms*

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Draper | ☐ SICK CALL ☑ EMERGENCY |
|---|---|---|---|
| 10/28/04 | 2p AM/**PM** | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ~~Draper~~ pop | ☑ OUTPATIENT |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 (ORAL) RESP. 20 PULSE 88 B/P 140/90 RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S - "My shoulder, finger, collar bone, & behind my neck."

B/P 145/96  R 22  T 98.6  P 90

ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION / SUTURES

**PHYSICAL EXAMINATION**

O - Ambulated into ER per self. C/o pain to (L) index finger, (L) collar bone, back of neck. ROM to (L) shoulder limited. C/o pain trying to flex neck from side to side.

A - MVA

P - Transfer to Baptist South ER

DIAGNOSIS: MVA

INSTRUCTIONS TO PATIENT:

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10/28/04 | AM/PM | ☑ DOC ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: Austin LPN   DATE: 10/28/04

PHYSICIAN'S SIGNATURE:   DATE:   CONSULTATION:

INMATE NAME (LAST, FIRST, MIDDLE): Inman, John

DOC#: 234821   DOB: 08/14/58   R/S: WM   FAC.: Draper

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)