EXHIBIT
*A*

*AFFIDAVIT*

I'S

)
)    C.A. NO. _____
)
)
)

*STATE OF ALABAMA*

I, Darryl Ellis, RN _____, hereby certify and affirm that I am a
Registered Nurse at Staton Correctional Center ; that I am one of the
custodians of inmate medical records at this institution; that the attached documents are true, exact, and
correct photocopies of certain documents maintained here in the institutional medical file of one
John Inman _____, AIS NO. 234821 ; and that I am over the age of twenty-one
years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of
business at the Staton Correctional Center and that said documents (and the entries
therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person
with knowledge of such act, events, and transactions referred to therein are said to have occurred.
This, I do hereby certify and affirm to on this the 12th day of September , 2005

Darryl Ellis

SWORN TO SUBSCRIBED before me this the 12 day of September , 2005

Massaline B. Diem
NOTARY PUBLIC
SEAL

My Commission Expires 12 08 06

## ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Inman, John_ AIS# _234821_

Medication Allergies: _NKA_

Medical: Chronic (Long-Term) Problems
       Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 4/10/05 | Hep C+ (dx 1989 per pt) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME: Inman, John            AIS# 234821

Medication Allergies: NKDA

Medical: Chronic (Long-Term) Problems
          Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE          — Bipolar D/O
          Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5-27-04 | PPD – 0mm | | | |
| | L₁ Spinal Compression (Per MRI 3/04) | | | |
| | Hep C + | | | |
| 28 AUG 04 | MH Rev ⇒ SMI – unty/ OK/Dr. ___ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

I.    HISTORY -- (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | ✓ | | |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | ✓ | | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | ✓ | | |
| Other Illnesses (Details) | ✓ | | Hep C / Back pain neck |
| Smoke, Dip or Chew | ✓ | | |
| ALLERGIES | | ✓ | |

Weight _182_  Temp _98 3_  Pulse _80_  Resp _18_  Blood Pressure _114/72_

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

Eye Exam: _20/70_ OD _20/70_ OS _20_ OU  (uses Reading glasses)

II.    TESTING -- (LPN or RN)        RESULTS

Tuberculin Skin Test (q yr)
Date given _5/18/05_ Site (L) F A
Read on _5/20/05_ Results _0_ mm

Past Positive TB Skin Test  →   **Survey Completed** ——
(Chest x-ray if clinical symptoms)   Date ____ Results ____
RPR (q 3 yrs)          Date _5/24/04_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)   _5/18/05_ Normal
Cholesterol (at 35 then q 5 yrs)    _1-10-05_ 167
Tetanus/Diptheria (q 10 yrs)    Last Given _5-18-05_ Due _5-2015_
(if done today)          Site given (R) Dltp Dose _0.5_ Lot # _U135/AA_
Optometry Exam (@ 50 if not already seen)  _N/A_
Mammogram          Date _N/A_ Results
(females @ 40, q 2 yrs/other M.D. order)

III.    PHYSICAL RESULTS -- ( RN, Mid-Level, M.D.)

Heart       Reg Rythm
Lungs       Clear
Breast Exam      N/A
Rectal (yearly after 45)   Results Refused
with Hemoccult     Results
Pelvic and PAP (q 1 yr)   Date _N/A_ Results

Facility _Frank Lee_  Nurse Signature _____ LPN   Date _5/18/05_

M.D. or Mid-Level Signature _____ RN   Date

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| _Turner John_ | 234821 | 8/14/58 | W/M |

60513-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ✓ |  |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | X |

OTHER: _Inmate states he has_ _Hepitis C_ _Hep C_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _T. H. Tucker LPN_      DATE: _5/18/05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _John Inman_      DATE: _5/18/05_

EXPIRATION DATE: _3/18/06_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Inman, John_ | _234801_ |  | _W/M_ | _FLYC_ |

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Joan Inman*
Name

*Mother*
Relationship

*1104 Frances St*
Street Address

*(256) 381-9065*
Phone Number

*Tuscumbia*
City

*Al*
State

*35674*
Zip Code

*John Inman*
Inmate Signature

*234821*
Doc#

▮▮▮▮▮▮
S.S.#

*5-19-05*
Date

*S. R. Tucker  LPN*
Witness

*5/18/05*
Date

| INMATE NAME (LAST, FIRST  MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| *Inman  John* | *234821* | ▮▮▮ | *W/m* | *F-1 Yd* |

PHS-MD-70003    (White – Medical Record, Yellow – Active File, Pink – Control Center)

# INTAKE HEALTH APPRAISAL

NAME: Inman, John
AIS#: 234821
D.O.B: _____    R/S (W)m

## HEALTH CLASSIFICATIONS:
(Circle One)

(1) - No Restrictions

2 – Temporary Restrictions
       See Special Needs Form

3 – Permanent Restrictions
       See Special Needs Form

4 – A&I (Aged & Infirmed)

5 – Not Determined
       Recheck_____.

## PLACEMENT:

General Population        (X)
Emergency Department      ( )
Isolation                 ( )
Medical Observation       ( )
Other_____

## REFERRAL:
CCC Placement             ( )

Clinic(s)____N/A_____
     See MD/Mid-Level flow sheet
       for clinic(s)
Medical                   ( )
Dental                    ( )
Mental Health             ( )
Other_____
When: ( ) Immediately
       ( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

_____
_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| General Movement — Deformity, Pain, Bleeding, Habitus, Hygiene | ✓ | |
| Neuro — Mental Status, Intox Withdrawal, Tremor, Neuro-Deficits | ✓ | A&O x 3 |
| Skin — Injury, Bruises, Trauma, Jaundice Diaphoretic, Rash Lesions, Infestations, Needle Marks, Color, Turgor | | Back, ® arm tatos, ® Knee scars |
| Head — Normocephalic, Atraumatic, Hair, Scalp | ✓ | |
| Eyes — Glasses/Vision, Pupils, Sclera, Conjunctiva | ✓ | PERRLA |
| Ears — Appearance, Canals, TMs, Hearing | ✓ | Cerumen |
| Nose — Epistaxis, Sinuses | ✓ | |
| Throat — Teeth, Gums, Dentures, Mouth, Tongue, Tonsils, Airway | | |
| Neck — C-Spine, Mobility, Veins, Carotids, Thyroid, Lymph Nodes | ✓ | FROM |
| Chest — Config, Ausc/Resp, Cough/Sputum, Breast/Masses | ✓ | CTA ®Ⓑ |
| Heart — Ausc Rate, Rhythm, Murmurs, Ectopy | ✓ | RRR |
| Abdomen Bowel Sounds — Palp, G/R/T, Hernia | ✓ | ⊕ BS x 4 |
| GU — Flank Tenderness, Bladder Tenderness/Distention | ✓ | |
| Back — ROM, Spasm, Injury | ✓ | FROM |
| Extremities — Edema, Pulse | ✓ | MAEW |
| Genitals — Injuries/Lesions | ✓ | |
| Pelvic Pap        N/A | | |
| Rectal/Gulac (required @ 45 and up) Deferred/follow-up: | ✓ | x B/B Stools |

Medications Ordered: _____

_____ _Carter CRNP_ _____        5/25/04 C 1305
M.D. or Mid-Level Signature              Date/Time

**PHS**

## INTAKE SCREENING   *Hx Hep C*

| Date: 5-24-04 | AIS#: 234 821 |
|---|---|

| Last Name: Inman | First: John | Middle: David |
|---|---|---|
| Birthplace: Cleveland, Ohio | DOB: ▓▓▓ | SS#: ▓▓▓ |

**FEMALES:** Pregnancy test: (circle one) Positive / Negative   *N/A*   B/P 126/82  Temp ___ Pulse ___ Resp ___ Weight ___

FSBS ___   If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
*Brice, VA   Bi-polar, manic depressive, anxiety, explosive disorder*

Previous Incarcerations (Date & Facility)   *c/o prostate problems*
*None*   *@ Federal Island*

| Medications: ☑ None *Remeron, Trazadone, Klonapin* | Special Diet (Prescribed) *none* |
|---|---|
| Allergies: ☑ NKA | Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form) (NO) |

**ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: ☑ Alert  ☑ Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance  ☑ Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  ☑ No

4a) Behavior/Conduct: ☑ Calm  ☑ Cooperative  ☑ Non-Violent
   ( ) Agitated  ( ) Uncooperative  ( ) Violent
   ( ) Manipulative  ( ) Disorganized
   Describe:

4c) Perceptions:  ( ) Delusional  ☑ Hallucinations

3) Substance Abuse:  ☑ Yes ( ) No ( ) Suspected
   ( ) Current intoxication/Abuse  ☑ Use ( ) Withdrawal Symptoms  ☑ Drugs ( ) Alcohol
   Describe- What kind? Amount/Frequency?
   *Hx smoking crack, cocaine IV*
   • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date):

4b) Affect/Mood: ( ) Normal ( ) Manic  ( ) Depressed
   ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
   Describe:

☑ Hearing Voices *Occasional*

5a) Is there h/o actual suicide attempt?  ☑ Yes ( ) No

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes ☑ No
5d) High risk pt may become assaultive towards staff? ( ) Yes ☑ No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates: *Self- mutilation mutilation @ forearm*

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control
Y or N

Triggers for Close Watch
Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

| 6a) Communication Difficulties | ( ) Yes ☑ No | 6b) Memory Defects | ( ) Yes ☑ No |
|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes ☑ No | 6d) Speech Difficulties | ( ) Yes ☑ No |

7) Physical Aids: ( ) None  ☑ Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
   ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:   None

S)

0)   Fever  Y  (N)   Swollen Glands Y (N)   Signs of Infection Y (N)   Skin Intact (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____   Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

*John D. Inman 5-24-04*
Inmate's Signature/Date

*Julie Helton RN 5/24/04*
Health Provider Signature/Date

Form 60412 Revised 4/04

I have read the *access to health care* information sheets and have been given a copy.   I understand how to access health care.

Name _John Inmon_   Date _5-25-04_

AIS# _234821_

Medical Staff _MMardy, LPN_   Date _5-25-04_

4/13/04

Name: _____
Inamte #: _____
DOB: _____ Race: _____ Gender: _____

## Physician's Chronic Care Clinic

Date: 7/18/05    Time: 940/P    Facility: FLUC

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB _Hep C

**OBJECTIVE:** BP 118/78 HR 76 RR 20 Temp 98° Wt 18 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

⊕ Hep C    Blotchy Rash)

LFTS 5/05

5/05 AST 109
ALT 33

Pt C/O neck pain 2°
to MVA. Has seen Dr. Peasant
7/05 will schedule FU

√ 05 AST 61
ALT 177

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:**

F/U:   Routine 90 days: ✗

Other _____

_J. M. Prewitt_ MD
Physician

Problem List updated: (Yes)  No

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Inman John | 234821 | | W/M |

Name: _____
Inamte #: _____
DOB: _____ Race: _____ Gender _____

## Physician's Chronic Care Clinic

Date: 3/15/05 _____ Time: 1017AM _____ Facility: Frank Lee _____

Check all applicable CICs being evaluated: __Card/HTN __DM__ GI__ ID__ PUL__ SZ__ TB ____ Hep C

**OBJECTIVE:** BP 96/70 HR 84 RR 20 Temp 96⁷ Wt 180 Peak Flow ____
O₂ Sats 96%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

① Hep C

② Green Rhinorhea + Cold S₊ x
2 months
will cover c̄ ABX

V 05
AST 91  ↑ from
ALT 177
6/04
will re ✓

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Monitor LFT's

**F/U:** Routine 90 days: X

Other _____

_D. McClure_____ MD
Physician

Problem List updated: (Yes) No

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Jammer John | 234821 | 47 | WM |

**PRISON HEALTH SERVICES**

Name:_____
Inamte #:_____
DOB:_____ Race:_____ Gender___

### Nurse's Chronic Care Clinic

Date: 3/15/05    Time: 1017 AM    Facility: Frank Lee

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB✓ HepC

### SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:___Dates:_____

ALLERGIES: NKA    CURRENT DIET: Regular
DESCRIBE MED AND DIET ADHERANCE: No longer on Inderal - Expired
DESCRIBE ANY MED SIDE EFFECTS: Still having neck pain
VACCINES: Flu_____ Pneumovax _____ Hep A _____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____ : CD4 & HIV-RNA ___/___on_____;
Peak Flow___: LFTs✓ on 1/18/05 ; Serum Drug Levels __ on _____; EKG ____; CXR ✓: 6/2/(
BMP SCR/BUN 1/18/05 - Diagnostic Panel 1/10/05
MEDICATIONS:
Inderal 20mg 1 PO q day ?

Patient Educated on:
Hep C - explain - verbally

Inmate Signature John Inman

Nurses Signature and Title _____

(01/31/05)

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|---|---|---|---|---|
| Inman, John | ▓▓▓▓ | 47 | WM | 234821 |

**HCV Evaluation & Referral Flowsheet**

**PATIENT NAME:** Inman John    **ID NUMBER** 834821    **DATE** 8-7-05    **FACILITY** Franklin

**Step 1**

Patient is positive for the Hepatitis C virus. (Quantitative HCV obtained.)
- ☑ Patient given Schering-Plough or Pegasys "Medication Guide," as appropriate.
- ☑ Provider educates patient on Hepatitis C infection and treatment. The education has been documented.

PROVIDER SIGNATURE: _Xapatu (mm)_    DATE: _8-7-05_

**Step 2**

Initiate eligibility process
- ☐ Patient signed Informed Consent or refusal for determining eligibility for Interferon/Ribavirin treatment.
- ☐ Obtain labs as required to determine eligibility. (If no other absolute exclusion criteria are present.)

PROVIDER SIGNATURE: _____    DATE: _____

**Step 3**

**Absolute Exclusion Criteria\***

- ☐ Age ≤ 18 or ≥ 60
- ☑ Remaining incarceration time ≤ 24 months.
- ☐ Presence of an Axis I diagnosis that is not controlled and stable as determined by the treating psychiatrist.
- ☐ History of solid organ transplant.
- ☐ Presence or history of an autoimmune disorder.
- ☐ Presence or history of decompensated cirrhosis, presence or history of ascites or encephalopathy (albumin ≤ 3.2 gm/dl, bilirubin > 3.0 gm/dl)
- ☐ CBC results outside acceptable limits (Hgb ≤ 12 females, ≤ 13 for males; WBC > 3,000; ANC ≤ 1,500 & platelets ≤ 100,000/mm).
- ☐ Creatinine ≥ 1.7 or creatinine clearance ≤ 50 ml/minute.
- ☐ Normal ALT (< 2.0 times normal at 0, 3 and 6 months)
- ☐ Positive pregnancy test.
- ☐ Active TB
- ☐ Auto Immune Disease e.g. -- Lupus, Graves Disease, R.A., M.S., Myasthenia Gravis
- ☐ Cancer – not in remission
- ☐ Hemoglobinopathies

\* "No further evaluation should be completed so long as the absolute criterion exists."

**Relative Exclusion Criteria \*\***

- ☐ Hepatitis B Co-infection
- ☐ Diabetes – poorly controlled with Hgb. A1C ≥ 9.0
- ☐ Ischemic Cardiac Disease or Cerebrovascular Disease
- ☐ Hypertension – poorly controlled
- ☐ CHF
- ☐ Peripheral Vascular Disease – Symptomatic
- ☐ COPD – severe
- ☐ Seizures – poorly controlled
- ☐ Active Thyroid Disease
- ☐ Active Gout
- ☐ Significant CNS Trauma – recent within the past six months
- ☐ Poor adherence to treatment including ≤ 80% of clinic visits and medications, to the extent the inmate made the choices.
- ☐ Alcohol and illicit drug use within one year.
- ☐ Interferon/Ribavirin sensitivity.
- ☐ Life expectancy < 10 years.

\*\*The provider is required to review relative exclusion criteria with the Regional Medical Director prior to proceeding with further evaluation.

**Step 4**

**Non-Formulary Request for Genotype Testing**
- ☐ Obtain HCV genotype. Provider submits Non-formulary Lab Request form with a copy of this form to the Regional Medical Director. Approval must be received prior to ordering tests.

STAFF SIGNATURE: _____    DATE: _____

**Step 5**

**Risk Stratification and Treatment Options**
- ☐ Provider reviews test results with patient to determine risk stratifications and therapeutic options.
- ☐ Provider submits an Outpatient RMD Consultation form for a liver biopsy, if indicated, with a copy of this form to the Regional Medical Director. Approval must be received prior to scheduling the biopsy.

PROVIDER SIGNATURE: _____    DATE: _____

**Step 6**

**Initiation of Treatment**
- ☐ Final eligibility determination completed. Liver biopsy results have been reviewed with the Regional Medical Director.
- ☐ Provider reviews Schering-Plough or Pegasys "Medication Guide" with the patient and provides education on Interferon/Ribavirin treatment.
- ☐ Patient signs informed consent for Interferon/Ribavirin treatment, a second time.
- ☐ Provider completes Formulary Exception Request form and orders medication treatment.

PROVIDER SIGNATURE: _____    DATE: _____

**Step 7**

**Safety and Efficacy Monitoring**
- ☐ Provider orders appropriate hematological and biochemical testing and viral load testing as required on the HCV treatment flow sheet. The provider addresses compliance at each visit and asks specific questions for depression and suicidal ideation

PROVIDER SIGNATURE: _____    DATE: _____

HCV Program – Alabama Department of Corrections
Evaluation

March 2004

# DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
# CHRONIC CARE CLINIC
## SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|------|------|---|------|------|---|
| 2/7/4 @ | 1230 | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES |
| | | O: VS T 9P P 76 R 18 | | | |
| | | BP 108/74   WI 170 | | | |
| | | REVIEW OF NURSES CCC RECORD | | | |
| | | YES        NO    1st Visit | | | |
| | | NOTES | | | P: LABS |
| | | Dx of Hep C discussed | | | |
| | | inmate. aware of same | | | |
| | | C Dx in 1984. Transmission | | | |
| | | and treat meat. Discussed | | | |
| | | Will not qualify for treatment | | | ORDERS: |
| | | Due to EOS. | | | |
| | | Will place in CC 5th | | | |
| | | PM. | | | |
| | | Discussed ↑N triglycerides | | | MEDICATION: |
| | | Will try diet, exercise ↓ cigs | | | |
| | | (15 pm day) F/u 3 mo. May need | | | |
| | | agent | | | F/U CCC WITH NURSE EVERY 6 DAYS mo |
| | | | | | F/U CCC WITH MD EVERY 12 DAYS mo |
| | | | | | SIGNATURE: |
| | | EDUCATION DONE  YES  NO  Handout Given | | | |

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|-------------|--------|-----|----------|------|
| INMATE, John | ▓▓▓▓ | 50 | W/M | 23482) |

John Inman 234821

in Auto Week

Clyde$ 3.00

MelS

Draper

Warden William

Ms Jones

547. Refund

Ms. PSUR Growth Form

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| _____ | 234821 | 5/24/04 |
| Inmate Signature | AIS # | Date Signed |

INMAN John

MENTAL HEALTH SERVICE
ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed   Rate movements that occur upon activation one less than those observed spontaneously

CODE
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | |
|---|---|---|
| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | 0 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | 0 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | 0 1 2 3 4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | 0 1 2 3 4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | 0 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 1 2 3 4 |
| TRUNK MOVEMENTS | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | 0 1 2 3 4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | 0 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | 0 1 2 3 4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br>0 – No awareness     3 – Aware, moderate distress<br>1 – Aware, no distress     4 – Aware, severe distress<br>2 – Aware, mild distress | 0 1 2 3 4 |
| DENTAL STATUS | 2 DSTUM CRUNES CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | NO  YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | NO  YES |

Assessed by: _____    Date: 9/8/04
Reviewed by: _____    Date: _____

Inmate Name
INMAN, JOHN

AIS # 234821

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: _Herman Cohn_    AIS#: _234821_    R/S: _W/M_

Date: _5/27/04_    Date of Birth: _____    Age: _45_

Beta II: _88_    WAIS: _/ /_    WRAT-RL: _11.3_

Last School Grade Completed: _12_    Special Education Classes: Yes (No)

MMPI Welsh Code: _430'92'5'678_    Megargee Type: _#D-K/F#_

_No PSI th Hell_

### General Appearance

- _✓_ a. Neat and generally appropriate
- _____ b. Poorly groomed
- _✓_ e. Other* _Mental patient_
- _____ c. Flat or avoiding interaction
- _____ d. Sad or worried

_____

### I. Interpersonal Functioning

- _____ a. Normal-good relationships likely
- _____ b. Withdrawn/apparent loner
- _____ c. Likely to ignore rights/needs
- _____ d. Lacks skill or confidence
- _____ e. Probably difficult to get along with

Other* (Specify)  _____ 1.  _____ 2.  _____ 3.  _____ 4.  _✓_ 5.  _____ 6.

(See Copy) _____

### II. Personality

- _____ a. Healthy
- _✓_ b. Antisocial
- _____ c. Paranoid
- _____ d. Explosive
- _____ e. Dependent
- _____ f. Passive-Aggressive

Other* (Specify)
- _____ 1. Schizoid
- _____ 2. Schizotypal
- _____ 3. Histrionic
- _____ 4. Narcissistic
- _____ 5. Borderline
- _____ 6. Avoidant
- _____ 7. Compulsive
- _____ 8. Atypical/mixed

_✓_ 9. See Copy (Write in your wording) _Extensive history of_
_drug abuse, manipulative and unlawful_

### III. Substance Abuse

- _____ a. Alcohol addiction/abuse history _Denies_

- _✓_ b. Drug addiction/abuse history _Claims terminated_
_all use/abuse April, 2003._

* See manual for selections and numbers for "other"

RECEIVED JUN 1 0 2004

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2                                              Name: _Ullman, John_

III.  Substly Abuse (continued)

_____  c.  Current use _____ _None_

_____  d.  Current addiction _____ _None_

Other* (Specify): ____ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____ 7. ____ 8.

IV.  Emotional Status

_____  a.  No significant problems
_____  b.  Depressed

__✓__  c.  Anxious or stressful _____ _Reactive_

_____  d.  Angry or resentful

__✓__  e.  Confusion or psychotic symptoms _History of suicidal gestures and past attempts. Bi-polar disorder_

_____  f.  Mood disturbances

_____  g.  Sexual maladjustment

            History of sex offenses?        Yes        (No)
_____  h.  Paranoid ideation

_____  i.  Sleep/appetite disorder

Other* (Specify): ____ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____ 7. ____ 8. ____ 9.
            (See Copy) _____

Emotional response to incarceration: _____ _Ok_

V.  Mental Deficiency

_____  a.  Mild                    _____  d.  Borderline
_____  b.  Moderate                _____  e.  Organic impairment suspected
_____  c.  Severe                  _____  f.  Memory deficit

Remarks: _____

            History of cerebral trauma or seizures?    (Yes)    No    _Assaulted during_
_drug buy w/ head + skull injury_    * See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                    Name: _Inman, John_

Mental Health History
___✓ a. Outpatient treatment (dates/where) _Mental Health center_
_in Abram Wife_
___✓ b. Inpatient treatment (dates/where) _W. H. hospital in 2003._
___✓ c. Psychotropic medication (type/effectiveness) _Prichard Thorazine_
_per bi poler w/ Insight, Haldon Element_
_____ d. Family history of mental illness _____

VI.  Management Problems
___✓ a. Suicide potential    Ideation?    Yes    No    Plans?    Yes    No
        History of attempts/gestures _2000 attempted suicide by cut_
___✓ b. Serious mental illness (specify) _at arm, wrist etc per the_
_Pression over drug addiction_
___✓ c. Impulsive /acting out behaviors predicted _____

_____ d. Authority conflict _____

___✓ e. Manipulative/untrustworthy _Past Conviction (RSP_
_and vandalizing a home)._
_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____
        History of expressively violent behavior?    Yes    No

Other* (Specify) ___1. ___2. ___3. ___4. ___5. ___6. ___7. ___8. ___9.
        (See Copy) _____

VII. Educational Needs
        ___a. ABE        ___b. Special Education    ___✓c. Trade School    ___d. Junior College

VIII. Mental Health Needs
        ___ A. Refer to psychiatrist        ___ E. Sexual adjustment        ___✓ I. Self-concept enhancement
        ___ B. Substance abuse counseling  ___✓F. Reality therapy           ___✓ J. Healthy use of leisure
        ___ C. Depression                  ___ G. Anger-induced acting out  ___ K. Personal development
        ___✓D. Stress management           ___✓H. Values clarification

RECOMMENDATIONS/REMARKS: _I SRP per court programs_
_plus above the programs & mental_
_problems noted_

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _Paul C. Johnson_ Date: _5/17/04_
                                        * See manual for selections and numbers for "other"

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/14/04 | | RTC in 90 days. Will follow up c̅ counseling & MHP. After 90 days if I'm still clinically stable, may consider downcoding his mental health code to HIST. RTC PRN. Continue care. | S Banerjee, M.D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| INMAN   JOHN | 234821 | | W/M | DRAPER |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/12/04 | 10⁴⁵ a | **S** I'm having problems with my meds. I've been having real bad dreams. | |
| | | **O** A & O. X3. Normal mood & affect. No sign of depression or anxiety. Denied HI/SI at present. Denied A/V hallucination. No psychotic symptoms noted. Sleep alteration noted, no appetite disturbance. MHP informed inmate to report problems with meds at any time via sick call request. MHP discussed importance of taking meds as prescribed. | |
| | | **A** Axis I: Bipolar D/O | |
| | | **P** Continue care. | LNGMEZ MS, MHP |
| 8/17/04 | | **S:** Im seen. Stated "I am not going to take so much of medicine. I want to take the lowest dose. I am doing good." Denies of any sx's of mood, anxiety or thought d/o at this time. Denies of any thoughts to hurt (Continued) | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Inman, John | 234821 | | W/m | Draper |

P-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/13/04 | | Thought content: ∅SI, ∅HI, ∅HA, ∅ delusions, ∅ paranoia. ∅ other S×S of psychosis noted at this time. Cognitive: Alert, oriented ×3. Insight: Poor, Judgment: Impaired. | |
| | | A: Axis I: Bipolar D/o | |
| | | P: Will continue current Tx plan. RTC in 90 days. Im clinically stable at this time. PRN mental health. Continue care. | |
| | | | SBanerjee, MD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| INMAN, JOHN | 234821 | 45 | W/M | DRAPER |

F-61

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE**

Treatment Plan Initiated on: 10/4/04   Treatment Coordinator: Russell, MS-MHP

Inmate's Housing Location: _____   Institution: KCF

**DSM IV Diagnosis:**

Axis I: Bipolar Disorder - NOS, substance dependence

Axis II: Deferred

Axis III: None reported

Axis IV: Incarceration

Axis V: 60

| Problem #1 | |
|---|---|
| Recurrent symptoms of M.I. (Bipolar Disorder) | |
| Goal: Maintain stabilization MH services | |
| Target Date for Resolution: ongoing | |
| Intervention: ① Meds ② Counseling | |
| Staff Member Responsible: MH Staff | Frequency: monthly |

| Problem #2 | |
|---|---|
| Hx'y substance dependence | |
| Goal: Delete drugs from daily living | |
| Target Date for Resolution: ongoing | |
| Intervention: Recommend SAP when available | |
| Staff Member Responsible: Doc Staff | Frequency: upon DOC |

| Problem #3 | |
|---|---|
| Goal: | |
| Target Date for Resolution: | |
| Intervention: | |
| Staff Member Responsible: | Frequency: |

Second Page attached:   Yes ☐   No ☑

**Treatment Team Members**

Psychiatrist: _____

Mental Health Nurse: _____   Date: 6/4/04

Treatment Coordinator: Russell, MS-MHP   Date: 6/4/04

                                          Date: 6/4/04

Inmate Agreement: John Inman   Date: 6/4/04

Treatment Plan Review to be Conducted by: _____ (within six months)

Inmate Name: Inman, John

AIS # 234821

ALDOC Form 463-01

Page ___ of ___

AR 463 – December 11, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: _INMAU, JOHN_  AIS# _234821_  Date of Referral: _5-24-04_

**REASON FOR REFERRAL:**

☐ CRISIS INTERVENTION
   ☐ Family problem:_____
   ☐ Problems with other inmates:_____
   ☐ Recent stress:_____
   ☐ Other:_____

☐ EVALUATION OF MENTAL STATUS
   ☐ Suicidal          ☐ Anxious          ☐ Physical complaints
   ☐ Homicidal         ☐ Depressed        ☐ Sleep disturbance
   ☐ Mutilative        ☐ Withdrawn        ☐ Hallucinations/delusions
   ☐ Hostile, angry    ☐ Poor hygiene     ☐ Suspicious
   ☐ Other inappropriate behavior:_____

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☑ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☑ OTHER:_____

COMMENTS: TRAZODONE 200mg QHS
          REMERON 45mg QD
          KLONOPIN 3mg QD

Referred by: _V Owenson_  Phone Contact #:_____
   ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Follow-Up by:_____  Date:_____

| Inmate Name | AIS # |
|-------------|-------|
|             |       |

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****
```

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : INMAN, JOHN              Age            : 45

Sex         : Male                     Marital Status :

Education   :                          Date of Birth  ██████████

File Name   : 234821

Prepared for: Kilby Correctional Facility on 05/26/2004

------------------------

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

```
MMPI-2 INTERPRETIVE REPORT                                    PAGE   2
PREPARED FOR: Kilby Correctional Facility

              -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

             L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
     110 -- -- -- -- -- +  -- --   --   --   --   --   --   --   -- --  110
         -               +                                               -
         -               +                                               -
         -               +                                               -
         -               +                                               -
     100 --              +                                             -- 100
         -               +                                               -
         -               +                                               -
         -               +                                               -
         -               +                                               -
      90 --              +                                             --  90
         -               +                                               -
         -               +                                               -
         -               +                                               -
         -               +                                               -
      80 --              +                                             --  80
         -               +                                               -
         -               +                                               -
         -               +                                               -
         -               +                                               -
      70 --              +                                             --  70
         -               +                                               -
         -  -*  -- -- +  -- --   --   --   --   --   --   -- --          -
         -               +                                               -
         -               +                                               -
      60 --              +                                             --  60
         -               +                                               -
         -               +                                               -
         -               +      *                                        -
         -        *  +                                                   -
      50 -- -- -- -- + -- --  -*   --   --   --   --   --   -* --        --  50
         -               +      *                                *       -
─────────────────────────+──────────────────────────────────────────────────
         -               +                                               -
         -               +  *            *                               -
      40 --         *  +                    *                          --  40
         -               +                       *    *                 -
         -               +                                               -
         -               +                                               -
         -               +                                               -
      30 --              +                                             --  30
─────────────────────────+──────────────────────────────────────────────────
         -               +                                               -
         -               +                                               -
         -               +                                               -
      20 -- -- -- -- + --   --   --   --   --   --   --   -- --         --  20
                        1    2    3    4    5    6    7    8    9    0
             L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si

T-Score      65   39   51   42   47   50   54   42   39   37   37   47   50
Unanswered (?) Items = 197

Welsh Code:  430/9215:678# L-K/F#
```

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility                        PAGE   3

## -- PROFILE MATCHES AND SCORES --

| Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|
| Codetype match: | | WNL | None |
| Coefficient of Fit: | | .63 | |
| | | | |
| Scores:  ? (raw) | 197 | | |
| L | 65 | 55 | |
| F | 39 | 51 | |
| K | 51 | 46 | |
| Hs (1) | 42 | 47 | |
| D  (2) | 47 | 52 | |
| Hy (3) | 50 | 45 | |
| Pd (4) | 54 | 52 | |
| Mf (5) | 42 | 44 | |
| Pa (6) | 39 | 47 | |
| Pt (7) | 37 | 46 | |
| Sc (8) | 37 | 45 | |
| Ma (9) | 47 | 49 | |
| Si (0) | 50 | 49 | |
| Mean Clinical Elevation: | 44 | 48 | |
| | | | |
| Ave age-males: | | 38 | |
| Ave age-females: | | 40 | |
| | | | |
| % of male codetypes: | | 18.6% | |
| % of female codetypes: | | 11.5% | |
| % of males within codetype: | | 79.0% | |
| % of females within codetype: | | 21.0% | |

---

Configural clinical scale interpretation is provided in the
report for the following codetype(s):

WNL

---

MMPI-2 INTERPRETIVE REPORT                                    PAGE    7
PREPARED FOR: Kilby Correctional Facility


Si (0)   T = 50

        Scores in this range are considered to be within normal
limits.




                    -- ADDITIONAL SCALES --


        No additional scales were selected for interpretation by
the user.




                        END OF REPORT
                        * * * * * * * *