**NaphCare**

## Referral to Mental Health

Inmate Name: _Inman, John_    ID #: ▓▓▓▓    Location: _CCS_    DOB: ▓▓▓▓

Reason for Referral
○ *Crisis Intervention*
　　○ Family problems: _____
　　○ Problems with peers: _____
　　○ Recent stress: _____
　　○ Other: _____
○ *Evaluation of Mental Condition*
　　○ Suicidal　　　　○ Anxious　　　　○ Physical complaints　　○ Impassivity
　　○ Homicidal　　　○ Depressed　　　○ Sleep disturbance　　　○ Grandiosity
　　○ Mutilative　　　○ Withdrawn　　　○ Hallucinations/delusions　○ Hyperactivity
　　○ Hostile, angry　　○ Poor hygiene　　○ Suspicious
　　○ Other inappropriate behavior
○ *Evaluation of Need for Psychiatric Intervention*
○ *History of Psychotropic Medication prior to intake*
☒ Other _____

Comments: _Refuses to eat - See next 2 pages_

Referred by: _____    Department: _____    Date: _____

---

### Mental Health Follow-up: Evaluation / Treatment / Disposition

S) Pt refusing to eat, take meds 2° not getting his demands re moving, housing... "I have to put up ē the idiots here."
"I ain't had no prob."
Pt ē multiple c/o's not getting to sleep where he wants while he's in jail... not want "noise" would like a private, quiet, sleeping quarters —

O: + calmly making demands.. Threatening "It's gonna be bad..." if I get his own way

A: Antisocial issues

P: 1. D/c trazodone - pt says ∅ work   2) D/c Elavil - pt says ∅ work   3) f/u 1-3 m prn

Follow-up by: M. Elizabeth Hechman, MD    Date: 5/16/04    Time: 5:00p



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Inman John 234821_

Date of Birth: ▓▓▓▓▓▓▓▓

Date: _5/26/05_                    Social Security No: _9 45_          (A.M. P.M.)
                                                     Time:

This is to certify that I, _Inman, John_ , currently in
                              (Print Inmate's Name)

custody at the _Frank Lee_ , am refusing to
                (Print Facility's Name)

accept the following treatment/recommendations: _Refuse to have prostate_
                                                      (Specify in Detail)
_+ colon screening_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_John Inman_                                _J Armstrong_
(Signature of Inmate)**                       (Signature of Medical Person)

_____                     _____
(Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5-23-05_

**To:** _Frah Lee_

**From:** _OStolative Dr / Staton Health Care_

**Inmate Name:** _Inman, John_ **ID#:** _234821_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _B B P - Bottom Bunk Profile_

**Comments:**

_____

_____

_____

_____

_____

**Date:** _5-23-05_ **MD Signature:** _Dr Williams / pcn_ _OStolative Dr_ **Time:** _11:10am_

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/05/04

**To:** Draper Corr. Center

**From:** SHCU

**Inmate Name:** Inman, John     **ID#:** 234821

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

X-Ray on 11/08/04

**Date:** 11/05/04  **MD Signature:** L. Lassiter CRNP / D. Austin MD  **Time:** _____

60418

**Prison Health Services**
**Treatment Record**

**Treatment Ordered:**

*Dsg /Splint ∆ ① finger*

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 11/1/04 | | | | | | |
| TR Done | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|---------------|
| 234821 | NKA | Dropped |
| Inmon, John | | |

# Baptist HEALTH
# ER RECORD - Adult / Adolescent

Regular M.D.: _____ Notified: _____

Immunization Hx: Tetanus ☐ UTD ☐ not UTD  3 yrs ago

Allergies: **NKDA**

LMP: _____  Pregnant? ☐ Yes ☑ No ☐ Unsure

Home Meds: **NONE**

**Patient Label**

80430200570  INMAN,JOHN D
DOB: _____  Age:46Y  MR #:569296
Admit Date/Time: 10/28/04  1558P
916 SHAW,RONALD A

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - Non-Urgent

| Vital Signs | |
|---|---|
| BP | 118/62 |
| P | 70 |
| R | 18 |
| T | 97.4 |
| SPO₂ | 98 |

☑ See T Sheet

**CHIEF COMPLAINT AND HISTORY**
c/o ® shoulder pain, back of neck & bilateral knees. ® pointer finger "split, may be broken"

Analgesia Scale IVAS 0-10    X /10    0 (no pain) 10 (worst)

## AGE SPECIFIC CARE

13-18 yrs (Adolescent)
(Menarche started? ☐ Yes ☐ No  Age at onset? _____
>85 yrs (Older Adult)  Regular ☐ Yes ☐ No)
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements:  ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

**GENERAL APPEARANCE & MENTAL STATUS**

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☑ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☑ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☑ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☑ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: ___ O.D.: ___ O.U.: | | | |

## PLAN OF CARE

| Problems | | Intervention | |
|---|---|---|---|
| ☑ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Anti-Puretic | ☐ Sling/Splint |
| ☐ Body Temp, Alt. In | ☐ Knowledge Deficit | ☐ Bleeding Control | ☐ Teaching |
| ☐ Comm. Alt. In | ☐ Neuro Status | ☐ DSG/Wound Care | ☐ Labs |
| ☐ Coping Alt. In | ☐ Physical Mobility | ☐ Emotional support | ☐ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☐ Ice/elevate | ☐ Meds As Ordered |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt. | ☐ I & O | ☐ O₂ |
| ☐ Infection Potential | ☐ Skin Integrity, Alt. In | ☐ Other: _____ | |
| ☐ Domestic Violence | ☐ Cultural/Religion | | |
| Abuse Potential (refer to Social Services) | | | |
| ☐ Pain | ☐ Language | | |

☐ Social Services  ☐ PT
☐ Animal Control  ☐ Dietitian
☐ DHR Referral  ☐ Coroner
☐ Police Notified

Weight: _____ stated / measured
Triage Date 10/28  Time ___
Nurse Signature: MWJohnson RN

Time To Tx  Area: ___  Rm #: ___

**NURSES NOTES**

(1900) IV DC'd c̄ cath intact

Pt in spinal package c̄ C collar

**PHYSICIAN'S ASSESSMENT**

Ø

**ORDERS**

LNT (1620) 20g ® AC x 1 stick aseptic tech plus saline — MVN
(1840) suture set up @ BS

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| ANCEF | 1gm | IV | 1623 | | MVN | Diagnosis: ☐ See T Sheet |
| Tet if needed | | | | | | lacerations  cerv strain |

| VITAL SIGNS | |
|---|---|
| Time | |
| B.P. | |
| Temp. | |
| Pulse | |
| Resp. | |
| O₂ Sat. | |

**LAB**
☐ CBC   ☐ Maj Trauma
☐ Cardiac   ☐ Min Trauma
☐ Urinalysis   ☐ EKG  ☐ ETOH
☐ Liver Profile   ☐ ABG  ☐ UCG
☐ Amylase   ☐ I-Stat
☐ Chem Profile 7   ☐ Lipase
☐ Chem Profile 12   ☐ PT/PTT

**X-RAY**
☐ Chest   ☐ Abd
☐ Portable
☐ CI   e/s

**DISCHARGE**
Date 10/28  Time 1917
D. G.RN MWJohnson RN

**DISPOSITION**  **EXIT VIA**
☑ Home   ☑ Walk
☐ Admit   ☐ Carried
☐ Surgery   ☐ WC
☐ Transfer   ☐ Stretcher
☐ EXP   ☐ Ambulance
☐ AMA   **ACCOM. BY**
☐ LWT   ☐ Self
☐ SNF   ☐ Fam/Friend
☑ Other   ☑ Police
☐ M.D. Office   ☐ Other

Condition on Discharge: _____
Physician Signature: _____

**Ronald Shaw, MD**


B0430200570  INMAN,JOHN D
DOB:  Age:46Y  MR#:369296
Admit Date/Time: 10/28/04  1558P
916 SHAW,RONALD A

%

1 of 1    1 of 2

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**23b**

Baptist Health
# EMERGENCY PHYSICIAN RECORD
## Laceration Procedure Notes

## Wound Description #1

Wound: _FINGER_

Size: _2_ -cm

**Distal NVT:**
✓sensation intact  ✓vascular. intact  __tendon intact
_UNABLE TO EXTEND_

**Depth / shape / contamination:**
✓superficial  __linear  __irregular  __flap
✓SQ  __nail avulsed  __stellate
__muscle  __contused tissue
✓clean
✓contaminated minimally / moderately / *heavily
with dirt gravel grease ink ____

**ANESTHESIA**
✓local  __LET / TAC  __digital block ____ cc
__lidoc 1% 2% epi / bicarb  __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine  __foreign material removed
__betadine to skin  partially  completely
✓wound cleanser  minimal / mod. / *extensive
✓irrigated / washed w/ saline  __debrided
moderate / *extensive  minimal / *mod. / *extensive
__wound explored  __undermined
minimal / mod. / *extensive

Wound closed with: wound adhesive / steri-strips____
**SKIN**
# _3 X 5_ -0  nylon / prolene / vicryl / staples____
__interrupted  __running  ✓simple  __mottress ( h / v )

**"SUBCUTANEOUS / MUCOSA**
# _2 x 4_ -0  vicryl / silk ____
✓interrupted  __running  __simple  ✓mottress ( h / v )

**"FASCIA / MUSCLE / TENDON** ____
# ____ -0 vicryl / ____
__interrupted  __running  __simple  __mottress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised  __nail reattached  # ____ -0 vicryl / ____

**"OTHER**
__retention suture placed

## Wound Description #2

Wound: ____

Size: ____ -cm

**Distal NVT:**
__sensation intact  __vascular. intact  __tendon intact

**Depth / shape / contamination:**
__superficial  __linear  __irregular  __flap
__SQ  __nail avulsed  __stellate
__muscle  __contused tissue
__clean
__contaminated minimally / moderately / *heavily
with dirt gravel grease ink ____

**ANESTHESIA**
__local  __LET / TAC  __digital block ____ cc
__lidoc 1% 2% epi / bicarb  __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine  __foreign material removed
__betadine to skin  partially  completely
__wound cleanser  minimal / mod. / *extensive
__irrigated / washed w/ saline  __debrided
moderate / *extensive  minimal / *mod. / *extensive
__wound explored  __undermined
minimal / mod. / *extensive

Wound closed with: wound adhesive / steri-strips____
**SKIN**
# ____ -0  nylon / prolene / vicryl / staples____
__interrupted  __running  __simple  __mattress ( h / v )

**"SUBCUTANEOUS / MUCOSA**
# ____ -0  vicryl / silk ____
__interrupted  __running  __simple  __mattress ( h / v )

**"FASCIA / MUSCLE / TENDON** ____
# ____ -0 vicryl / ____
__interrupted  __running  __simple  __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised  __nail reattached  # ____ -0 vicryl / ____

**"OTHER**
__retention suture placed

*may indicate intermediate repair.  *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

X _____ MD / DO  x _____ MD / DO
Resident  Attending
☑Or review, Patient interviewed, Medical Decision Making, and Examined by
Physician

B0430200570  INMAN,JOHN D
DOB:_____ Age:46Y  MR #:569296
Admit Date/Time: 10/28/04  1558P
916 SHAW,RONALD A

%

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

1 of 1    1 of 2

17

## Baptist Health
# EMERGENCY PHYSICIAN RECORD
## MVA    (5)

DATE: 10/28  TIME: 16 00  ROOM: BA-4    _____ EMS Arrival
HISTORIAN: __ patient __ spouse __ paramedics __
__HX / __ EXAM UNOBTAINABLE 2° TO: _____

**HPI** chief complaint: (MVA) injury to: **BODY**

**occurred:** __ just PTA    **position in vehicle:**
driver (passenger) front (back)

**context:** ✓ car collision  overturned vehicle
single-car accident ( lost control / fell asleep / unknown cause )
IN BUS, (L) SIDE, 1/2 WAY BACK.

**location of pain / injuries:**
head  face  mouth
(neck) chest
gastrointestinal
back  upper  mid  lower
radiating to ( R / L ) thigh / leg

|  | –right– | –(left)– |
|---|---|---|
| | shldr  hip | (shldr)  hip |
| | arm  (thigh) | arm  thigh |
| | elbow (knee) | elbow  (knee) |
| | f-arm  leg | f-arm  leg |
| | wrist  ankle | wrist  ankle |
| | hand  foot | (hand)  foot |

**severity of pain:**
(mild)
moderate
severe

**site of impact:**
"P" = primary  "S" = secondary

**associated symptoms:**
__ lost consciousness / dazed
duration: __
remembers:
__ impact __ coming to hospital
__ seizure

**restraints:**
(none)  lap / shoulder
doesn't recall
car seat
air bag deployed
thrown from vehicle
ambulated at scene
long extrication

force (low) mod. high
direct  glancing

**PAST HX** ✓ negative
__HTN __ DM

Meds: __ none / __ see nurses note
Allergies: __ NKDA / __ see nurses note
**SOCIAL HX** __ recent ETOH __ smoker __ drug abuse  PRISONER
**FAMILY HX** HTN

__HX / __ EXAM UNOBTAINABLE 2° TO: ____
**ROS** (all systems neg except as mkd)
**NEURO**
__ loss feeling / power arms/legs
__ headache
**EYES**
__ double vision
**ENT**
__ hearing loss
**RESPIRATORY**
__ trouble breathing

**CVS**
__ chest pain
**GI**
__ nausea / vomiting
**GU**
__ loss of bladder function
**SKIN**
__ skin laceration
**CONST**
__ recent fever / illness

## PHYSICAL EXAM ✓ Alert __ Lethargic __ Anxious
Distress: __ NAD ✓ mild __ moderate __ severe
Other: __ /c-collar (PTA / in ED) ✓ back board __ IV __ splint

**HEAD**
__ no evidence of trauma    __ see diagram __
    __ Battle's sign / Raccoon Eyes __
**NECK**
__ non-tender    __ see diagram __
__ painless ROM    __ vertebral point-tenderness __
__ trachea midline    __ muscle spasm / decreased ROM __
    __ pain on movement of neck __

**EYES**
✓ PERRL    __ unequal pupils  R __ mm  L __ mm
✓ EOMI    __ EOM entrapment / palsy __
    __ subconjunctival hemorrhage __

**ENT**
✓ nml external    __ hemotympanum __
✓ inspection    __ TH obscured by wax __
__ no dental injury    __ closed nasal blood __
    __ dental injury / malocclusion __

**RESP / CVS**
✓ chest non-tender    __ see diagram ( on reverse ) __
✓ breath sounds nml    __ decreased breath sounds __
✓ heart sounds nml    __ wheezing / rales __
    __ splinting / paradoxical movements __

**GASTROINTESTINAL**
✓ non-tender    __ see diagram ( on reverse ) __
__ no organomegaly    __ tenderness / guarding / rebound __
    __ mass / organomegaly __

**GENITAL / RECTAL**
✓ nml genital exam    __ perineal hematoma __
__ nml vaginal exam    __ blood at urethral meatus __
__ nml rectal exam    __ decreased rectal tone __
__ heme negative stool

**NEURO / PSYCH**
✓ oriented x3    __ confusion / disorientation __
✓ mood & affect    __ EOM palsy / anisocoria __
✓ CN's nml    __ facial asymmetry __
    as tested    __ unsteady / ataxic gait __
✓ sensation &    __ sensory / motor deficit __
    motor nml

□ Nursing Assessment Reviewed ☑ Vitals Reviewed □ Tetanus Immun, UTD

RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising
RN / PA / NP
_____ MD

## SKIN
- intact
- warm, dry
  - ___ see diagram ___
  - ___ crepitus / diaphoresis ___

## BACK
- no CVA tenderness
- no vertebral tenderness
  - ___ see diagram ___
  - ___ vertebral point-tenderness ___
  - ___ CVA tenderness ___
  - ___ muscle spasm / limited ROM ___

## EXTREMITIES
- atraumatic
- pelvis stable
- hips non-tender
- no pedal edema
- nml ROM
  - ___ see diagram ___
  - bony point-tenderness *Hard*
  - painful / unable to bear weight
  - ___ pulse deficit ___

  Joint Exam: ___
  - ___ limited ROM / ligamous laxity / joint effusion

NO KNEE ROM LIMITATION.
NO FILM THERE
WILL FILM FINGER, SHOULDER, NECK

FILM- TUFT FX
SUSPECT TENDON (MALLET FINGER)
PLAN SUTURE
       SPLINT
       ORTHO FOLLOWUP

## XRAYS
☐ Interp. by me  ☐ Reviewed by me  ☑ Discsd w/ radiologist

**C-Spine  D-Spine    LS-Spine**
- ☑ nml / NAD
- ___ no fracture
- ___ nml alignment
- ___ soft tissues nml
  - ___ reversal / straightening of cerv. lordosis ___
  - ___ DJD / spondylosis / spurring ___

**CXR**
- ___ nml / NAD
- ___ no infiltrates
- ___ nml heart size
- ___ nml mediastinum
  - ___ rib fracture ___
  - ___ infiltrate / atelectasis ___

  FINGER → TUFT FX

**OTHER**  ☐ See separate report

## CT SCAN
- ___ normal

← KNEES NOT TENDER

Tx=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(0=withhold m=mild
mod=moderate
sv=severe)
Try= Tenderness on
palpation (severe)

---

## LABS and PROGRESS

| CBC | Chemistries | CO2 ___ |
| normal except | normal except | Ca ___ |
| WBC ___ | BUN ___ | Bilirubin ___ |
| Hgb ___ | Creat ___ | |
| Hct ___ | Gluc ___ | Magnesium ___ |
| Platelets ___ | Alk Phos ___ | BNP ___ |
| segs ___ | Cl ___ | D-Dimer ___ |
| bands ___ | ALT ___ | — |
| lymphs ___ | AST ___ | — |
| monos ___ | Na ___ | — |
| eos ___ | K ___ | — |

Re-evaluation time ___  ___ unchanged ___ improved ___ re-examined
Re-evaluation time ___  ___ unchanged ___ improved ___ re-examined
Re-evaluation time ___  ___ unchanged ___ improved ___ re-examined

NO KNEE ROM LIMITATION.
NO FILM THERE
WILL FILM FINGER, SHOULDER, NECK

FILM- TUFT FX
SUSPECT TENDON (MALLET FINGER)
PLAN SUTURE
       SPLINT
       ORTHO FOLLOWUP

___ use template #23b for Laceration Repair ___

**TREATMENT:**
- Fluids IV ___
- Analgesics PO IM IV ___
- Antibiotics PO IM IV ___

**MEDICAL DECISION:** ___
Fracture Care: Follow up with orthopedic within 48 hours
- Rx given ___

___ Follow up with ___ ORTHO
- ___ Discussed with Dr. ___
- ___ will see patient in (office) / ED / hospital ___   CRIT CARE- 30-74 min
- ___ Counseled patient / family regarding ___   75-104 min ___ min
    lab results   diagnosis   need for follow-up   Prior records reviewed
- ___ Admit orders written ___   Additional history from:
                                 family  caretaker  paramedics

## CLINICAL IMPRESSION:                MVA

| contusion | Injury | | sprain / strain |
|---|---|---|---|
| head | wrist | R/L | neck  dorsal  lumbar |
| face | hand | R/L | sacral ___ |
| chest | hip | R/L | |
| Gastrointestinal | thigh | R/L | |
| back | knee | R/L | **concussion** |
| shoulder  R/L | leg | R/L | with LOC   w/o LOC |
| arm  R/L | ankle | R/L | |
| elbow  R/L | foot | R/L | |
| forearm  R/L | | | **laceration** |

LAC FINGER-
TUFT FX

**DISPOSITION:** ☐ home  ☐ admitted  ☐ transferred
**CONDITION:** ☐ unchanged  ☑ improved  ☐ stable

X _____   MD / DO   X _____   MD / DO
   Resident                          Attending

☐ History - Patient interviewed, Medical Decision Making, and Examined by
Physician

---

MVA-17    PRINTED BY: b17606

# AERAS Physicians



80430200570  INFAN,JOHN D
DOB:_____ Age:46Y  MR #:569296
Admit Date/Time: 10/28/04  1558P
916 SHAW,RONALD A

| TEST | SYMPTOMS | | |
|---|---|---|---|
| **Urinalysis**<br>CC<br>Cath | Abdominal Pain<br>Diabetes<br>Dysuria<br>Edema<br>Fever | Flank Pain<br>Hematuria<br>Hesitancy<br>Hypertension<br>Known Kidney Disease | Long Term Medications<br>Nocturia<br>Pelvic Pain<br>Trauma to Kidney/Urinary Tract<br>Other_____ |
| **Chest X-ray**<br>Portable<br>Regular | Abnormal Sputum<br>Abnormal Weight Loss<br>Abnormal X-ray<br>Chest Pain<br>Clubbing of Fingers<br>Coma | Cough<br>Cyanosis<br>Fever<br>Hemoptysis<br>Palpitations | Respiratory Infection<br>Respiratory Distress<br>Shock<br>Other_____ |
| **CT of Head**<br>With contrast<br>Without Contrast | Closed Head Injury (Concussion)<br>CVA/TIA<br>Delirium/Dementia<br>Headache (excluding Migraine)<br>Penetrating Trauma | Occlusion of Artery<br>Seizure<br>Sinusitis (Chronic)<br>Stroke<br>Subarachnoid/Intracerebral Hemorrhage | Suspected Metastasis<br>Syncope/Collapse<br>Other_____ |
| **CT Abdomen/Pelvis**<br>Oral<br>IV | Abdominal Pain<br>Abdominal Rigidity<br>Abdominal Swelling<br>Abdominal Tenderness<br>Aneurysm<br>Ascites | Blunt/Penetrating Trauma<br>Edema<br>Extravasation of Urine<br>Fever<br>Hepatomegaly/Splenomegaly<br>Injury to Blood Vessels | Infection, Post OP<br>Internal Injury (Thorax, Abd. & Pelvis)<br>Liver Disease<br>Renal Colic<br>Other_____ |
| **Abd. Ultrasound** | Abdominal Pain<br>Abdominal Mass<br>Abdominal Tenderness<br>Abnormal X-ray<br>Ascites<br>Abdominal Swelling | Colic<br>Flank Mass<br>Flank Pain<br>Flank Tenderness<br>Hepatomegaly/Splenomegaly | Pelvic Pain<br>Pelvic Mass<br>Pelvic Tenderness<br>Spleen Mass<br>Other_____ |
| **EKG** | Abnormal Electrocardiogram<br>Arrhythmia<br>Cardiac Arrest<br>Chest Pain<br>Dizziness<br>Dyspnea | High Risk Medication(s)<br>Hypertension<br>Hx. HTN<br>Hx. Renal Disease<br>Hx. Valvular Disease<br>Palpitations | Respiratory Insufficiency<br>Shock<br>Syncope/Collapse<br>Tachycardia<br>Other_____ |

**Other Test(s):**     **Symptom(s):**

(1) INDEX     Trauma
C-SPINE     "
(L) SHOULDER     "

Physician's Signature: _____ Date: _____
NP/PA Signature: _____ Nurse Signature: _____

Proprietary: AERAS/Prime Care
PRINT Copyright (C) Alliance Emergency Room & Ultra-Med Services, P.C. 10/02



B0430200570    INMAN,JOHN D
DOB:          Age:46Y   MR #:569296
Admit Date/Time: 10/28/04   1558P
916 SHAW,RONALD A

## DISCHARGE INSTRUCTIONS – PATIENT COPY

Baptist Health
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

| Weight | Phone | Allergies | | |
|---|---|---|---|---|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** | | | Location South |
|---|---|---|---|---|---|

| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | | | | | ☐ |
| 2. | | | | | ☐ |
| 3. | | | | ☑ | ☐ |
| 4. | | | | | ☐ |
| 5. | | | | | ☐ |

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma   ☐ Crutches   ☐ Head Injury
☐ Back Pain   ☐ Fever   ☐ Otitis Media
☐ Cast / Splint Care   ☐ Fracture   ☑ Sprains / Bruises
Additional Instructions:   ☐ STD

☐ Threatened Ab
☐ Vomiting / Diarrhea
☐ Wound Care
☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Referred to:
☑ Dr. _Lindsey_
Phone: _____
☑ Call on next business day for follow-up appointment
in _____ days / weeks   ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck
☐ Learning needs assessed   ☐ Instructions Modified: _____
☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis in this clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _____   ☐ Patient  ☐ Relative  ☐ Other

Instructed By: _____   Physician: _____

Time Released > _1 / 9 / 1 / 7_ Hrs.

## WORK/ SCHOOL STATEMENT from the Emergency Department

Patient Name _____   Date _____

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
Restrictions: _____
☐ _____ was here with relative/ child.
☐ Other: _____

*Time off from School or Work longer than stated must be approved by a Federal Company Occupational Medicine Physician unless otherwise stated

BY 1517606   DATE 10/29/2004

01 10/28/04
0430200570 10/28/04 1558P    M    ████████ 46Y    1 S O E/R ER E/R /         569296

INMAN, JOHN D                      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
P O BOX 1107                       (334)567-1548
STATON PRISON                        ELMORE                              NOT EMPLOYED
ELMORE          AL 36025

FACILITY, STATON CORRECTIONAL       02/29/76 128Y
PO BOX 1107
STATON CORRECTIONAL FACIL          (334)567-1548                        NOT EMPLOYED
ELMORE          AL 36025           TRUST OFFICE

FACILITY, STATON CORRECTIONAL       02/29/76 128Y
PO BOX 1107
STATON CORRECTIONAL FACIL          (334)567-1548                        NOT EMPLOYED
ELMORE          AL  36025           TRUST OFFICER


PRISON HEALTH SERVICES             FACILITY, STATON CORRECTIONAL

AIS 234821              STATON PRISON INMATE

(800)729-0069                              CLAIMS DEPT

105 WESTPARK DR #200                       BRENTWOOD        TN 37027


719.41-JOINT PAIN-SHLDER                                           U %

AUTO/MOTORIZED VEH        PT WAS IN MVA              10/28/04    1512P


HAYNES AMBULANCE

916 SHAW, RONALD A                          916 SHAW, RONALD A

      01      10/28/04

                                EMERGENCY        1

ED


RE7      10/28/04      YES
DEFAULT, PHYSICIAN              SHAW, RONALD A
      PRINTED BY: b17606      DATE 10/29/2004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/29/04

**To:** Draper

**From:** HCU

**Inmate Name:** Eamon, John          **ID#:** 234821

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** No use of Left hand x 14 days

**Date:** 10/29/04   **MD Signature:** _____   **Time:** _____

60418



B0430200570  INMAN,JOHN D
DOB:▮▮▮▮  Age:46Y  MR #:569296
Admit Date/Time: 10/28/04  1558P
916 SHAW,RONALD A



**Baptist Health
Emergency Room
Discharge Instructions**

Page 1 of 1

## DISCHARGE INSTRUCTIONS – MEDICAL CHART

| Weight | Phone | Allergies | | Location **South** |
|---|---|---|---|---|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND** |
|---|---|---|

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTION SHEET(S) GIVEN**

☐ Asthma  ☐ Crutches  ☐ Head Injury  ☐ Threatened Ab
☐ Back Pain  ☐ Fever  ☐ Otitis Media  ☐ Vomiting / Diarrhea
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Bruises  ☐ Wound Care
  ☐ STD  ☐ Other(s)_____

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:

Referred to:
☐ Dr. _____
Phone: _____
☑ Call on next business day for follow-up appointment
in _____ days / weeks    ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☐ Education provided on new medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _John Inman_
☐ Patient
☐ Relative
☐ Other_____

Time Released  >  1/9/1/7  Hrs

Instructed By: _M Johnson RN_    Physician: _____

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for_____ days*
Restrictions: _____
☐ --------------------- was here with relative/ child.
☐ Other:_____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician  unless otherwise stated

BSB-0082 (08/02)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: Baptest south
(Agency)

(Address)
Mentg Al

From: Draper Inst.
(Institution)
Elmore, Al
(Address)
(   ) 567 1548
(Telephone)

Inmate's Name: Duncan John

a/k/a:

D.O.B.: ▉▉▉▉▉  SS #:

Person Completing Form

Name: M Barrett

Signature: M Barrett

Date: 10-28-04

---

**MEDICAL PROBLEM(S):**

Neck Pain c̄ (L)
shoulder injury

HepC +

Allergies: NKDA

Pregnant:      Yes      No      Unknown

Other Lab Data:

**TREATMENTS/MEDICATIONS:**

Evaluate & Treat

TB Skin Test: (NEG)    POS    Date 3-27-04
CXR:              NEG    POS    Date

| Test | | Treated | Date |
|---|---|---|---|
| RPR: | NEG  POS | Yes  No | |
| VDRL: | NEG  POS | Yes  No | |
| GC: | NEG  POS | Yes  No | |
| Other: | | Yes  No | |

60109 (4/87)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Draper_ | | ☐ SICK CALL ☒ EMERGENCY |
|---|---|---|---|---|
| 10 / 28 / 04 | 2p AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _Draper pop_ | | ☒ OUTPATIENT |

| ALLERGIES | NKA | CONDITION ON ADMISSION |
|---|---|---|
| | | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP | 98.4 | (ORAL) RECTAL | RESP | 20 | PULSE | 88 | B/P | 140/90 | RECHECK IF SYSTOLIC <100>50 / |
|---|---|---|---|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

5-11 "My shoulder, finger, collar
bone & behind my neck."

(+) Hep C

145 / 96     22     98.6  90

PHYSICAL EXAMINATION

(1) - Ambulated into ER per
self. C/o pain to (L) index finger,
(L) collar bone, back of neck. ROM
to (L) shoulder limited. C/o pain
trying to flex neck from side to
side.

A - MVA

P - Transfer to Baptist
South ER

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS   MVA

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | (RELEASE / TRANSFERRED TO | ☒ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 / 28 / 04 | AM PM | | ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR / ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| D Austin Lpn | 10/28/04 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|
| Inman, John | | 234821 | | wm | Draper |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/27/04

**To:** Staton

**From:** Draper

**Inmate Name:** TuMAN, John    **ID#:** 234821

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** Request Lay In X One Day

**Date:** 7/27/04    **MD Signature:** [signature]    **Time:**

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _06/17/04_

To: _Draper Corr. Center_

From: _Staton Health Care Unit_

Inmate Name: _Inman, John_          ID#: _23 4821_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Bottom Bunk Profile x 1 year_

_____

_____

_____

_____

Date: 06/17/04    MD Signature: _D. McArthur PA (D. Austin ypn)_    Time: _9⁰⁵ A_

60418

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Inman_ _Jon_

                **LAST**              **FIRST**            **MI**

**DATE OF BIRTH** _[redacted]_     **SS#** _23 78 21_

## Housing Recommendations:

General Population ___/___

Medical Observation Unit _____

Lower Level/Lower Bunk ___?___

Suicide Precautions ___/___

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

## Individual found to be:

Frail/Elderly ___/___

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs ___/___

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____    Date _____/_/05/04___

Draper Correctional Facility:

Sick call is performed at 5:00 am in the pill call room Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned at evening pill call.

Pill call for general population is performed three times a day from the pill call room located beside the shift office at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 6:00 am (Directly after sick call)
2. Noon pill call: 11:00 am
3. Evening pill call: 5:30 pm

Segregation pill call is performed at the above times directly after the general population pill call.

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _____    Date: 6-16-04

Nurse Signature: _____    Date: 6/15/04

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

Inmate's Name: _John Inman 234821_ Date: _6/14/04_ Time: _8'32n_

DOB ▓▓▓▓ Officer: _C Jones_ Institution: _DCC_

*Booking Officer's Visual Opinion*

|  | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | ✓ |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc) |  | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ |  |
| 10. Does the inmate have any obvious physical handicaps? |  | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | Yes | No |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ |  |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) |  | ✓ |
| 13. Do you have a history of venereal disease or abnormal discharge? |  | ✓ |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | ✓ |  |
| 15. Have you ever attempted suicide? |  | ✓ |

(If YES, When? _____ How? _____

| | Yes | No |
|---|---|---|
| 16. Do you want to do any harm to yourself now? |  | ✓ |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6 /10 / 04 | TIME 10:10 ☑AM ☐PM | ORIGINATING FACILITY _____ ☐SIR ☐PDL ☐ESCAPEE ☐ _____ | | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

VITAL SIGNS: TEMP 99.1 ☐ORAL ☐RECTAL    RESP 22    PULSE 94    B/P 128/ 80    RECHECK IF SYSTOLIC <100> 50 ____ /

| NATURE OF INJURY OR ILLNESS ☀Body Chart per DOC | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S-"I was jumped on
Tonight" "I blocked the
hit with my arm and his
fist hit my arm"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O-Noted slight redness
to th forearm @ elbow
noted active R.O.M. no
open or raised areas
noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

A- Injury to ① arm

P- Return to D.O.C

DIAGNOSIS

INSTRUCTIONS TO PATIENT     None

| DISCHARGE DATE 6 /10 /04 | TIME 10:20 ☐AM ☑PM | RELEASE/ TRANSFERRED TO ☑DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☑FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Carolyn D Harrell | DATE 6/10/04 | PHYSICIAN'S SIGNATURE ⓒ 6/11/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Inman, John | DOC# 234821 | DOB | R/S W M | FAC. KCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6|4|04

**To:** _____

**From:** _____

**Inmate Name:** Inmann, John          **ID#:** 23482

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until_____

5. Other _____

**Comments:**

① No prolonged standing, walking (> 30 min) x 90 days

② No heavy lifting (> 10 lb) x 90 days

_____

**Date:** 6|4|04   **MD Signature:** _____   **Time:** _____

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Inman John_ _____ DATE: _5/24/04_ TIME: _10.45 AM_

DOB: _████████_  OFFICER: _Freddie Mc Campbell_ INSTITUTION: _KILBY_

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | |
| Is the skin in poor condition or show signs of vermin or rashes? | | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| Is the inmate making any verbal threats to staff or other inmates? | | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| Does the inmate have any obvious physical handicaps? | | |

_Hepatitus C_

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was   _X_   a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Freddie Mc Campbell_
_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

*dated of*
*2-25-04*
*n/a*

## Authorization for Release of Information

To: Dr Scarborough
Florence, Al
256 760-9095

From: KCF - Physicals Dept.
215-6698 (F)
215-6691 (O)

Patient: Inman, John

Inmate ID No.: 234821

Alias: _____

Social Security No: ████████

Date of Birth: ████████

Date(s) of Service: _____

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ] Admission      [  ] Discharge      [  ] Operative Summary Reports

[  ] X-Ray      [  ] Special Studies Reports      [  ] HIV Test      [  ] T B Test

[ ✓ ] Laboratory Reports      [  ] Immunization History      [  ] Dental Treatment Records

[  ] Psychiatric Summary Report      [  ] Substance Abuse Treatment History & Counseling Reports

[ ✓ ] Other Records  Hepatitis C
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X John Inman
(Patient's Signature)

5-25-04
(Date)

Amanda Hardy LPN
(Witness Signature)

5-25-04
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

60102  (11/02)

(Signature and Title for PHS)          (Date)

```
                    *********************
                *** TX REPORT    ***
                    *********************

TRANSMISSION OK

JOB NO.              1353
DESTINATION ADDRESS
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             05/25 13:54
USAGE T              00'47
PGS.                 2
RESULT               OK
```

# FAX COVER SHEET

DR JOHN W. SCARBOROUGH
401 WEST COLLEGE ST SUITE C
FLORENCE, AL 35854

PHONE (256) 760-9003
FAX    ~~(256) 757-3008~~ 256-760-9095

| SEND TO | | From |
|---|---|---|
| Company name | Dr Hardy, LPN - | Dr Scarborough |
| Attention | Prison Health Service | Date: 8-27-01 |
| Office location | | Office location |
| Fax number: 334-215-6698 | | Phone number: 256-760-9003 |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover: _____

## COMMENTS

John Norman

ID # 234821

DOB ▮▮▮▮▮

05/25/2004 TUE 13:55 FAX ( ( 002



**PHS**

PRISON
HEALTH
SERVICES

INCORPORATED

*faxed to*
*5-25-04*
*pm*

## *Authorization for Release of Information*

To: Dr Scarborough
Florence, Al
256 760-9095

From: KCF-Physicals Dept.
215-6698 (F)
215-6691 (O)

Patient: Inman, John

Inmate ID No.: 234881

Alias: _____

Social Security No: ▮▮▮▮

Date of Birth: ▮▮▮▮

Date(s) of Service: _____

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission      [ ] Discharge      [ ] Operative Summary Reports

[ ] X-Ray      [ ] Special Studies Reports    [ ] HIV Test    [ ] T B Test

[✓] Laboratory Reports      [ ] Immunization History    [ ] Dental Treatment Records

[ ] Psychiatric Summary Report    [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records. Hepatitis C
                                        (Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _John Inman_                    5-25-04
        (Patient's Signature)                              (Date)

_Wanda Wardy  HAZ_              5-25-04
        (Witness Signature)                                (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)          (Date)

INMAN, JOHN
Chief Complaint: Follow Up Visit
01 Apr 2004

## HISTORY / PHYSICAL EXAMINATION

Chief Complaint: Mangement of chronic problems and medications
Present Illness: The patient is a 45 year old male who presents for a follow-up visit.
He has a chronic history of anxiety which is well-controlled. He has a chronic history of hepatitis which
is well-controlled. He has a chronic history of lumbar disc disease which is well-controlled.

## REVIEW OF SYSTEMS:

Constitutional: Patient denies any fever, chills, or generalized weakness.
Cardiovascular: No varicose veins, high blood pressure, or chest pain.
Respiratory: No wheezing, frequent coughing, or shortness of breath.
Musculoskeletal: Back pain, pain radiating down right LE
Psychologic: Anxious, Depressed

## SOCIAL HISTORY: Does not use alcoholic beverages
Daily Tobacco Use:
Cigarette Packs/day= 1

## ALLERGIES: None

## Physical Examination:

Constitutional: vital signs: pulse rate - 84, systolic BP - 140, diastolic BP - 90, temperature (F) -
100.1, weight - 177; mental status - alert and oriented; appearance - appears appropriate for age,
normoactive; attire - appropriately attired; nutritional status - well nourished; distress level - in no distress

Head and Face: normocephalic; atraumatic; normal hair and scalp; normal facial appearance

Eyes: extra-ocular movements intact; lids not swollen; no ptosis; conjunctiva, sclera and corneas clear;
pupils equally reactive to light and accommodation; lenses without opacities

Neck: examination of the thyroid reveals a normal thyroid gland size and consistency

Respiratory: an assessment of respiratory effort reveals normal expansion and range of motion; normal
respiratory effort, auscultation of the lungs revealed normal breath sounds bilaterally

Cardiovascular: normal sinus rhythm detected, auscultation of the heart revealed normal S1 and S2, no
murmurs, gallops or rubs detected, examination of the carotid arteries revealed normal bilateral carotid
pulses, normal upstroke, no bruits

Musculoskeletal: assymetrical gait, back - paraspinal muscle tenderness, limited spinal flexion;
limited spinal extension

Psychiatric: oriented to person, place and time, mood anxious, normal speech and language

## ASSESSMENT AND PLAN