INMAN, JOHN                                                                                    2

**Active Problems:** ANXIETY STATE, UNSPECIFIED (300.00), DEPRESSIVE DISORDER, NOT
ELSEWHERE CLASSIFIED (311), DEGENERATION OF INTERVERTEBRAL DISC, SITE
UNSPECIFIED (722.6), LUMBAGO (724.2), IMPOTENCE OF ORGANIC ORIGIN (607.84),
CHRONIC HEPATITIS C WITHOUT MENTION OF HEPATIC COMA (070.54), PERSONAL
HISTORY OF TOBACCO USE (V15.82)

**Current Impression:** no change

**Plan:**

**Active Medications:**
Remeron 45 mg oral tablet #One, Bed Time
OxyIR 5 mg oral tablet #1-2, every day
Viagra 50 mg oral tablet #One, every day
Klonopin 1 mg oral tablet #One, 3x / day
Trazodone Hydrochloride 100 mg oral tablet #Two, every day

**New Rx:**
refill meds per MD

**Discontinued Medications:**
none

**Additional Plan:** Pain Contract signed

**Encounter CPT Code:**    99214
**History:**        Detailed
**Physical Exam:**      Detailed
**Medical Decision Making:** Straightforward

**Return Visit:** 01 May 2004

*Edited by: Mrs. LeBlanc(1000123) 20040401102548-0600*

*This encounter is on permanent secure electronic file at www.mypatientcharts.com.*
*Only authorized persons with a need-to-know have access to this information.*

*Electronically signed by: E. LIVINGSTON, CRNP(1000111) 20040401125223-0600*

*This encounter is on permanent secure electronic file at www.mypatientcharts.com.*
*Only authorized persons with a need-to-know have access to this information.*

INMAN, JOHN
Chief Complaint: Follow Up Visit
02 Mar 2004

## HISTORY / PHYSICAL EXAMINATION

Chief Complaint: mangement of chronic problems and medications
Present Illness: The patient is a 45 year old male who presents for a follow-up visit. He has a chronic history of anxiety which is well-controlled. He has a chronic history of hepatitis which is well-controlled. He has a chronic history of lumbar disc disease which is well-controlled.

## REVIEW OF SYSTEMS:

Constitutional: Patient denies any fever, chills, or generalized weakness.
Cardiovascular: No varicose veins, high blood pressure, or chest pain.
Respiratory: No wheezing, frequent coughing, or shortness of breath
Musculoskeletal: Back pain, pain radiating down right LE
Psychologic: Anxious, Depressed

SOCIAL HISTORY: Does not use alcoholic beverages
Daily Tobacco Use:
  Cigarette Packs/day= 1

ALLERGIES: None

Physical Examination:

Constitutional: vital signs: pulse rate - 98, systolic BP - 130, diastolic BP - 90, temperature (F) - 99.9, weight - 184; mental status - alert and oriented; appearance - appears appropriate for age, normoactive; attire - appropriately attired; nutritional status - well nourished; distress level - in no distress

Head and Face: normocephalic; atraumatic; normal hair and scalp; normal facial appearance

Eyes: extra-ocular movements intact; lids not swollen; no ptosis; conjunctiva, sclera and corneas clear; pupils equally reactive to light and accommodation; lenses without opacities

Neck: examination of the thyroid reveals a normal thyroid gland size and consistency

Respiratory: an assessment of respiratory effort reveals normal expansion and range of motion; normal respiratory effort, auscultation of the lungs revealed normal breath sounds bilaterally

Cardiovascular: normal sinus rhythm detected, auscultation of the heart revealed normal S1 and S2, no murmurs, gallops or rubs detected, examination of the lower extremities revealed no evidence of cyanosis, edema or venous dilation; no calf tenderness noted

Musculoskeletal: assymetrical gait, back - paraspinal muscle tenderness, limited spinal flexion; limited spinal extension

Psychiatric: oriented to person, place and time, mood anxious; mood irritable, normal speech and language

INMAN, JOHN

2

## ASSESSMENT AND PLAN

**Active Problems:** ANXIETY STATE, UNSPECIFIED (300.00), DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311), DEGENERATION OF INTERVERTEBRAL DISC, SITE UNSPECIFIED (722.6), LUMBAGO (724.2), IMPOTENCE OF ORGANIC ORIGIN (607.84), CHRONIC HEPATITIS C WITHOUT MENTION OF HEPATIC COMA (070.54)

**Current Impression:** PERSONAL HISTORY OF TOBACCO USE (V15.82)

## Plan:

**Lab Work:**
  CBC
  ESR
  Complete Metabolic Profile
  Fasting Lipid Profile
  TSH
  Free T4
**Radiology:**
  Chest X-Ray MRI Lumbar Spine
**Diagnostic Procedures:**
  EKG

**Active Medications:**
Remeron 45 mg oral tablet #One, Bed Time
OxyIR 5 mg oral tablet #1-2, every day
Viagra 50 mg oral tablet #One, every day
Klonopin 1 mg oral tablet #One, 3x / day
Trazodone Hydrochloride 100 mg oral tablet #Two, every day

**New Rx:**
  refill pain meds per md

**Discontinued Medications:**
none

**Encounter CPT Code:**    99214
**History:**         Detailed
**Physical Exam:**       Detailed
**Medical Decision Making:** Low Complexity

**Return Visit:** 02 Apr 2004

*Edited by: Mrs. LeBlanc(1000123) 20040302104151-0600*

*This encounter is on permanent secure electronic file at www.mypatientcharts.com.*
*Only authorized persons with a need-to-know have access to this information.*

INMAN, JOHN                                                                              3

*Electronically signed by: E LIVINGSTON, CRNP(1000111) 20040302121252-0600*

*This encounter is on permanent secure electronic file at www.mypatientcharts.com.*
*Only authorized persons with a need-to-know have access to this information.*

**INMAN, JOHN**
**Chief Complaint: Follow Up Visit**
**10 Nov 2003**

## HISTORY / PHYSICAL EXAMINATION

**Chief Complaint:** f/u chronic conditions
**Present Illness:** The patient is a 45 year old male who presents for a follow-up visit.
He has a chronic history of anxiety which is unchanged from that previously reported. He has a chronic history of **depression** which is well-controlled. He has a chronic history of **lumbar disc disease which is worse than previously reported.**

## REVIEW OF SYSTEMS:

Constitutional: Patient denies any fever, chills, or generalized weakness.
Cardiovascular: No varicose veins, high blood pressure, or chest pain.
Respiratory: No wheezing, frequent coughing, or shortness of breath.
Musculoskeletal: **Back pain, pain radiating down right LE**
Psychologic: **Anxious, Depressed**

## SOCIAL HISTORY:
Daily Tobacco Use:
Cigarette Packs/day= 1

## ALLERGIES: None

## HEALTH MAINTENANCE: None
The PFSH, ROS, and Current Medications have been reviewed, and any changes have been noted since the last visit to this office on 10/15/2003

## Physical Examination:

Constitutional: vital signs: blood pressure, pulse rate and regularity, respiration, temperature, height and weight as recorded in vital signs table; general appearance: alert, well nourished, normally developed; appearance appropriate for age, appropriately attired and in no distress

Head and Face: normocephalic; atraumatic; normal hair and scalp; normal facial appearance

Eyes: extra-ocular movements intact; lids not swollen; no ptosis; conjunctiva, sclera and corneas clear; pupils equally reactive to light and accommodation; lenses without opacities

Neck: examination of the thyroid reveals a normal thyroid gland size and consistency

Lymphatics: no lymphadenopathy noted in the submandibular region, no lymphadenopathy noted in the supraclavicular region

Respiratory: an assessment of respiratory effort reveals normal expansion and range of motion; normal respiratory effort, auscultation of the lungs revealed normal breath sounds bilaterally

Cardiovascular: auscultation of the heart revealed normal S1 and S2, no murmurs, gallops or rubs detected, examination of the carotid arteries revealed normal bilateral carotid pulses, normal upstroke; no

INMAN, JOHN

bruits

**Musculoskeletal:** back - paraspinal muscle tenderness

**Psychiatric:** mood anxious; mood irritable

## ASSESSMENT AND PLAN

**Active Problems:** ANXIETY STATE, UNSPECIFIED (300.00), DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311), DEGENERATION OF INTERVERTEBRAL DISC, SITE UNSPECIFIED (722.6), LUMBAGO (724.2), IMPOTENCE OF ORGANIC ORIGIN (607.84)

**Current Impression:** no change

**Plan:**

**Radiology:** MRI Lumbar Spine

**Active Medications:**
Remeron 45 mg oral tablet #One, Bed Time
OxyIR 5 mg oral tablet #1-2, every day
Viagra 50 mg oral tablet #One, every day
Klonopin 1 mg oral tablet #One, 3x / day
Trazodone Hydrochloride 100 mg oral tablet #Two, every day

**New Rx:**
none

**Discontinued Medications:**
none

**Additional Plan:** appt. Dr Hagstrom, EKG at next visit

**Encounter CPT Code:**    99214
**History:**         Comprehensive
**Physical Exam:**        Detailed
**Medical Decision Making:** Straightforward

**Return Visit:** 10 Dec 2003

*Electronically signed by: E. LIVINGSTON, CRNP(1000111) 20031110122527-0600*

*This encounter is on permanent secure electronic file at www.mypatientcharts.com.*
*Only authorized persons with a need-to-know have access to this information.*

INMAN, JOHN
Chief Complaint: Follow Up Visit
18 Sep 2003

## HISTORY / PHYSICAL EXAMINATION

Chief Complaint: Low back pain
Present Illness: The patient is a 45 year old male who presents for a follow-up visit.
His arthritis is worse than previously reported. His depression is about the same as previously reported.
His hepatitis remains inadequately controlled.

The patient was last seen in the office because of impotency. This has been present several weeks. The
impotency is better. The following treatments have been tried with some success: Viagra.

PAST MEDICAL HISTORY: None

PAST SURGICAL HISTORY: None

FAMILY HISTORY: No significant Family History

SOCIAL HISTORY:
Daily Tobacco Use:
Cigarette Packs/day= 1

ALLERGIES: None
The PFSH, ROS, and Current Medications have been reviewed, and any changes have been noted since
the last visit to this office on 08/18/2003

Physical Examination:

Constitutional: vital signs: blood pressure, pulse rate and regularity, respiration, temperature, height and
weight as recorded in vital signs table; general appearance: alert, well nourished, normally developed,
appearance appropriate for age, appropriately attired and in no distress

Head and Face: normocephalic; atraumatic; normal hair and scalp; normal facial appearance

Eyes: extra-ocular movements intact; lids not swollen; no ptosis; conjunctiva, sclera and corneas clear;
pupils equally reactive to light and accommodation; lenses without opacities

Ears, Nose, Mouth, Throat: normal pinna; normal sense of hearing; normal nares and mucosa; midline
nasal septum; normal lips, teeth, gums, tongue and oral mucosa; normal pharyngeal structures and
appearance; uvula midline; normal gag reflex

Respiratory: normal symmetric chest structure and appearance; normal expansion and range of motion;
normal respiratory effort; no abnormalities noted on palpation; all lung fields clear to auscultation and
percussion

Cardiovascular: normal precordium; non-displaced PMI; heart rhythm regular; no murmurs, gallops or
rubs detected by auscultation; pedal artery pulses 2+, equal bilaterally; lower extremities without edema
or calf tenderness



# LISTER RADIOLOGY

401 West College St. Suite B
Florence, AL 35630
TELEPHONE: (256) 767-3871

### XRAY REPORT

PATIENT NAME: Inman, John          DATE: 03-02-04
SS#: ▮▮▮▮▮▮▮
REF PHYSICIAN: Dr. Scarborough          TECH: M. LeBlanc

CHEST 2V

There are changes consistent with COPD. No acute cardiopulmonary
process is identified.

John W. Scarborough, M.D.

JWS/mew
03/04/04

LISTER HEALTH CARE
401 West College St
Florence, AL 35630
Phone: (256) 767-3871 Ext. 18          FAX: (256) 767-3808

FINAL SAMPLE REPORT

Page: 1

Patient ID:   421923995                  Reported: 03/03/04 08:51
Patient Name: INMAN, JOHN               Doctor: JOHN W. SCARBOROUGH, M.D.
DOB:              Sex: M                 Location:
Comments:

Lab No:   04062030    Drawn: 03/02/04 7:40  Tech:    Rec'd: 03/02/04 7:40 Tech:
Comments:

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **\*\*\* HEMATOLOGY \*\*\*** | | | | |
| WBC | | 12.4  H | x10^3/uL | 4.5 -  10.5 |
| RBC | 4.74 | | x10^6/uL | 4.00 -  5.90 |
| HGB | 15.8 | | g/dl | 11.0 -  16.0 |
| HCT | 46 | | % | 37 -  47 |
| MCV | 95.8 | | fL | 80.0 -  99.9 |
| MCH | | 33.3  H | pg | 27.0 -  31.0 |
| MCHC | 35 | | g/dL | 33 -  37 |
| RDW | 13.5 | | % | 11.5 -  14.5 |
| PLT | | 137  L | x10^3/uL | 150 -  450 |
| MPV | 11.1 | | fL | 0.0 -  99.8 |
| **\*\* AUTO DIFF \*\*\*** | | | | |
| GRAN# | | 8.1  H | x10^3/uL | 1.4 -  6.5 |
| LYMPH# | | 3.7  H | x10^3/uL | 1.2 -  3.4 |
| MO# | 0.8 | | x10^3/uL | 0.1 -  0.6 |
| GRAN% | 65 | | % | 40 -  80 |
| LYMPH% | 30 | | % | 21 -  51 |
| MO% | 5 | | % | 2 -  9 |
| SEDRATE | 14 | | MM/HR | 0 -  20 |
| **\*\*\* COMPREHENSIVE METABOLIC PROFILE \*\*\*** | | | | |
| GLUCOSE | 77 | | mg/dL | 70 -  110 |
| BUN | 11 | | mg/dL | 7 -  18 |
| CREATININE | 0.8 | | mg/dL | 0.6 -  1.4 |
| BUN/CREAT RATIO | 13.8 | | CALC | 8.0 -  36.0 |
| SODIUM | 130 | | mEq/L | 134 -  149 |
| POTASSIUM | 4.8 | | mEq/L | 3.6 -  5.5 |
| CHLORIDE | 106 | | mEq/L | 94 -  112 |
| CARBON DIOXIDE | 25.2 | | mEq/L | 21.0 -  32.0 |
| ANION GAP | 18.0 | | RATIO | 7.0 -  34.0 |
| CALCIUM | 8.8 | | mg/dL | 8.6 -  10.0 |
| TOTAL PROTEIN | 7.8 | | g/dL | 6.3 -  8.1 |
| ALBUMIN | 4.5 | | g/dL | 3.8 -  5.5 |
| GLOBULIN | 3.3 | | g/dL | 2.0 -  4.8 |
| A/G RATIO | 1.4 | | CALC | 0.6 -  2.2 |
| ALK. PHOS. | 87 | | mg/dL | 20 -  130 |
| ALT (SGPT) | | 200  H | U/I | 10 -  60 |

Hx heps ←
Right to
GI on next visit

# LISTER RADIOLOGY

1404 AVALON AVE
TUSCUMBIA, AL 35661
TELEPHONE: (256) 381-4400

## MRI LUMBAR SPINE WITHOUT CONTRAST

PATIENT NAME: Inman, John          DATE: 03-17-04
DOB: ▮▮▮▮▮▮
REF PHYSICIAN: Dr. Scarborough     TECH: E. Pierce

HISTORY: Low back pain, occasional right leg pain.

Multiple planes and imaging sequences are obtained through the lumbar spine. The signal returning from the vertebral bodies and thecal sac is normal with normal alignment. There are small Schmorl's nodes seen at the superior endplate at L1 and inferior endplate at T12. The exam shows some desiccation at the L4-5 disc. There is effacement upon the anterior thecal sac at the L4-5 level which appears broad based and there appears to be some diffuse disc bulging. On some of the axial images this appears slightly more focal centrally and perhaps to some degree to the left of midline and this raises some suspicion for predominantly central disc herniation. This certainly at least represents a disc protrusion. This is not quite as pronounced on the sagittal images as seen on the axial images. There is facet hypertrophy at this level. The exam shows some disc space narrowing and desiccation at the L5-S1 level with diffuse disc bulge at this level as well.

CONCLUSION: Broad based as well as more focal central disc protrusion at L4-5 and some mild disc bulge at L5-S1. Desiccation of these discs as well. Mild degenerative change.

Beth Weatherford, M.D.
Radiologist

_____ M.D.
John W. Scarborough, M.D.

BW/mew
03/18/04
cc: Dr. Scarborough

LISTER HEALTH CARE
491 West College St
Florence, AL 35630
Phone: (256) 767-3871 Ext. 16          FAX: (256) 767-3808

FINAL SAMPLE REPORT

Page: 2

Patient ID:    421923995
Patient Name: IRMAN, JOHN               Reported: 03/03/04 08:51
DOB:          Sex: M                    Doctor: JOHN W. SCARBOROUGH, M.D.
Comments:                               Location:

Lab No:   04062030     Drawn: 03/02/04 11:40  Tech:     Rec'd: 03/02/04 11:40 Tech:
Comments

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| AST (SGOT) | | 101  H | U/L | 9 - | 44 |
| TOTAL BILIRUBIN | 1.1 | | mg/dL | 0.2 - | 1.3 |
| *** HDL PROFILE* | | | | | |
| CHOLESTEROL | 152 | | mg/dL | 120 - | 200 |
| TRIGLYCERIDES | 89 | | mg/dL | 30 - | 150 |
| HDL | 57 | | mg/dL | 30 - | 85 |
| LDL (CALCULATED) | 77 | | CALC | 0 - | 160 |
| VLDL (CALCULATED) | 18 | | mg/dL | 0 - | 50 |
| HDL RISK FACTOR | | 2.7  L | CALC | 4.2 - | 7.0 |
| *** THYROIDS *** | | | | | |
| T4 | 8.7 | | ug/dL | 4.2 - | 12.0 |
| TSH | 0.7 | | mIU/L | 0.5 - | 6.0 |



LISTER HEALTH CARE
401 West College St
Florence, Al 35630

Phone: (256) 767-3871 Ext. 18          FAX: (256) 767-3808

FINAL SAMPLE REPORT

Page: 1

Patient ID:     421923995
Patient Name:   INMAN, JOHN
DOB:            ███████  Sex: M
Comments:

Reported: 03/03/04 08:51
Doctor: JOHN W. SCARBOROUGH, M.D.
Location:



Lab No:    04082035       Drawn: 03/02/04 1145  Tech:       Rec'd: 03/03/04 1149 Tech:
Comments:

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| *** HEMATOLOGY *** | | | | | |
| WBC | | 12.4  H | x10^3/uL | 4.5 | 10.5 |
| RBC | 4.74 | | x10^6/uL | 4.00 – | 6.00 |
| HGB | 15.8 | | g/dL | 11.0 | 16.0 |
| HCT | 46 | | % | 37 – | 47 |
| MCV | 95.8 | | fL | 80.0 | 99.9 |
| MCH | | 33.3  H | pg | 27.0 – | 31.0 |
| MCHC | 35 | | g/dL | 33 – | 37 |
| RDW | 13.5 | | % | 11.5 – | 14.5 |
| PLT | | 139  L | x10^3/uL | 150 – | 450 |
| MPV | 11.1 | | fL | 0.0 | 99.8 |
| ** AUTO DIFF *** | | | | | |
| GRAN# | | 8.1  H | x10^3/uL | 1.4 | 6.5 |
| LYMPH# | | 3.7  H | x10^3/uL | 1.2 – | 3.4 |
| MON# | 0.6 | | x10^3/uL | 0.1 | 0.6 |
| GRAN% | 65 | | % | 40 – | 80 |
| LYMPH% | 30 | | % | 21 – | 51 |
| MON% | 5 | | % | 2 – | 9 |
| SEDRATE | 14 | | MM/HR | 0 – | 20 |
| *** COMPREHENSIVE METABOLIC PROFILE *** | | | | | |
| GLUCOSE | 77 | | mg/dL | 70 – | 110 |
| BUN | 11 | | mg/dL | 7 – | 18 |
| CREATININE | 0.8 | | mg/dL | 0.6 – | 1.4 |
| BUN/CREAT RATIO | 13.8 | | CALC | 8.0 – | 36.5 |
| SODIUM | 138 | | mEq/L | 134 – | 149 |
| POTASSIUM | 4.8 | | mEq/L | 3.6 – | 5.5 |
| CHLORIDE | 100 | | mEq/L | 94 – | 112 |
| CARBON DIOXIDE | 25.2 | | mEq/L | 21.0 | 32.0 |
| ANION GAP | 16.0 | | RATIO | 7.0 – | 34.0 |
| CALCIUM | 8.8 | | mg/dL | 8.6 | 10.0 |
| TOTAL PROTEIN | 7.8 | | g/dL | 6.3 – | 8.1 |
| ALBUMIN | 4.5 | | g/dL | 3.8 | 5.5 |
| GLOBULIN | 3.3 | | g/dL | 2.0 – | 4.8 |
| A/G RATIO | 1.4 | | CALC | 0.6 – | 2.2 |
| ALK. PHOS. | 87 | | mg/dL | 20 – | 130 |
| ALT (SGPT) | | 200  H | U/L | 10 | 40 |

*Hq begin ←
Refer to Dr. ___ visit*

LISTER HEALTH CARE
401 West College St
Florence, AL 35630
Phone: (256) 767-3871 Ext. 18          FAX: (256) 767 3898

FINAL SAMPLE REPORT

Page: 2

Patient ID:   421923995                Reported: 05/93/04 08:51
Patient Name: INMAN, JOHN             Doctor: JOHN W. SCARBOROUGH, M.D.
DOB: ▮▮▮▮▮        Sex: M              Location:
Comments:

Lab No:   04062030        Drawn: 0502/04 0:40   Tech:      Rec'd: 05/03/04 7:49 Tech:
Comments:

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|-----------|--------|----------|-------|-----------------|
| AST (SGOT) | | 101  H | U/I | 9 —   44 |
| TOTAL BILIRUBIN | 1.1 | | mg/dl | 0.2   1.3 |
| | | | | |
| *** HDL PROFILE* | | | | |
| CHOLESTEROL | 152 | | mg/dL | 120 —   200 |
| TRIGLYCERIDES | 89 | | mg/dl | 30   150 |
| HDL | 57 | | mg/dl | 35 —   65 |
| LDL (CALCULATED) | 77 | | CALC | 0 —   160 |
| VLDL (CALCULATED) | 18 | | mg/dl | 0 —   50 |
| HDL RISK FACTOR | | 2.7  L | CALC | 4.2 —   7.0 |
| | | | | |
| *** THYROIDS *** | | | | |
| T4 | 8.7 | | ug/dl | 4.2   12.0 |
| TSH | 0.7 | | mIU/L | 0.5 —   6.0 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: Inmon John
234821   Draper
D.O.B. ▓▓▓▓▓
ALLERGIES: NKA

DIAGNOSIS
Entex PSE j̄ PO BID x 5days
Motan 600 mg PO TID x 3days

Use First    Date 6/15/04    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Inman, John
234821

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use Last    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234821

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use Fourth    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234891

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use Third    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234891

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use Second    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234891

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use First    Date 6 19 / 04

DIAGNOSIS
(HCU visit) Regarding Congestion

6/17/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / | |
| ALLERGIES: | |
| Use Fourth   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: INMAN, John
234821
D.O.B
ALLERGIES: MVA Tramadol

DIAGNOSIS (If Chg'd)
1) HCU Visit in 1 wk
2) Appt c Dr. Chung for Neck pain
3) Naprosyn 375 g 7 po. HD X20 dy

Use Third    Date 7/25/05     ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Inman, John
234821
D.O.B
ALLERGIES: NMA

DIAGNOSIS (If Chg'd)
HCU Visit prn within 7 days
Selenium Sulfide 10 ml / day apply TIW X14 days

Use Second   Date 7/18/05     ☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Inman John
234821
D.O.B
ALLERGIES: NKA

DIAGNOSIS
1) Tylenol 600 mg TID X90 d
2) Rts HCU Pain to chk Neck

Use First    Date 7/15/05     ☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Inman, John
Flee
234821
0830

D.O.B.
ALLERGIES:

Use Last    Date 06/22/05

DIAGNOSIS (If Chg'd) Ibuprofen 600 mg po BID x 30 days KoP
HCR Reevaluate neck pain
7/5/05 mp visit
Jeff 6/23/05 0320

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
File
234821
0456

D.O.B.
ALLERGIES: NKA

Use Fourth    Date 5/23/05

DIAGNOSIS (If Chg'd) BBP x 180 days OS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
Flee
234821
0835

D.O.B.
ALLERGIES:

Use Third    Date 05/16/05

DIAGNOSIS (If Chg'd) Ibuprofen 600 mg po BID x 30 days KoP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234821
Flee
755

D.O.B.
ALLERGIES: NKA

Use Second    Date 5/3/05

DIAGNOSIS (If Chg'd) Feldene 20 mg Ī PO QD x 60 days
KoP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234821
Draper FYC
0940

D.O.B.
ALLERGIES: NKA

Use First    Date 4/6/05

DIAGNOSIS Ibuprofen 600 mg po BID x 30 days KoP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

## PHS
### PRISON
### HEALTH
### SERVICES
#### INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Inman, James 234821 BLee | DIAGNOSIS (If Chg'd) HCV visit in 2-3 weeks F/U neck pain 4/6/05 MD app't |
| D.O.B. ALLERGIES: NKA | |
| Use Last    Date 3/15/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  JMClust |

| | |
|---|---|
| NAME: Inman, James 234821 BLee | DIAGNOSIS (If Chg'd) Bute + PSB T PO BID x 5 days Amoxicillin 750 mg PO BID x 10 days |
| D.O.B. ALLERGIES: NKA | |
| Use Fourth    Date 3/15/05    3/15/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  JMClust |

| | |
|---|---|
| NAME: Inman James 234825 Frank Lee | DIAGNOSIS (If Chg'd) 20 mg Dc Inderal 25 mg po BID x 30 days Dc Feldene LFT's Drug profile 1 210849  5/9/05 |
| D.O.B. ALLERGIES: | |
| Use Third    Date 5/9/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Signature RNP |

| | |
|---|---|
| NAME: Inman, John 234821 | DIAGNOSIS (If Chg'd) HCP @ Occ Please schedule also lip ... right 2/7/05   1/28/05 MD |
| D.O.B. ALLERGIES: | |
| Use Second    Date 1/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Signature |

| | |
|---|---|
| NAME: Inman, John 234821 Frank Lee | DIAGNOSIS HCV visit 1 mo H.neck appt 2/10/05 Feldene 10 mg po q d x 30 days |
| D.O.B. ALLERGIES: | |
| Use First    Date 1/10/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Signature RNP |

### MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Tyrom John | DIAGNOSIS (If Chg'd) |
|---|---|
| 234821 | Hep A, B, C profiles          Done |
| FL | Lipid profile          1-18-05 |
| D.O.B. ▨ | Cancel labs below |
| ALLERGIES: | Repeat x-ray + Attention to C-7 |
| | HCU visit 1/19/05 |
| Use Last    Date 1/10/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: FLU | DIAGNOSIS (If Chg'd)          1/10/05 m/appt |
| Inman John | ① chm 27511 7 |
| 234821 | ② Job change indoor No Heavy |
| D.O.B. ▨ | c-spine film for cord |
| ALLERGIES: NKDA | 4/5/05  Flu HCU 1 wk |
| | ③ Motrin 800 TID KOP x 3 wks ✓ |
| Use Fourth    Date 1/3/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Inman, John | DIAGNOSIS (If Chg'd) |
| | Motrin 600mg PO TID 14 days |
| D.O.B. ▨ | HCU visit needs seen in 1-2 weeks |
| ALLERGIES: NKDA | 1/13/05 |
| Use Third    Date 12/9/04 | ☑ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: INMATE JOHN | DIAGNOSIS (If Chg'd) |
| | ① 1 month HCU F/U neck pain |
| D.O.B.   /   / | ② Motrin 600 TID PRN x 14d ✓ |
| ALLERGIES: | ③ Tylenol 85 PRN TID x 4 wks |
| Use Second    Date 12/3/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Inman, John | DIAGNOSIS          appt 12/30/4 8a |
| 234821 | Need C Spine Films, NOW PLEASE |
| D.O.B. ▨ | Ordered # 1/5 + 11/15 |
| ALLERGIES: | HCU visit - Dr. Williams |
| Use First    Date 11/23/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Inman, John<br>234821<br>Draper<br>D.O.B.<br>ALLERGIES:<br>Use Last    Date 11/15/04 | **DIAGNOSIS (If Chg'd)**<br>X Ray C-Spine results to me please<br>Thu Dr Chung ÷ mo um submitted<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Inman, John<br>234821<br>Draper<br>D.O.B.<br>ALLERGIES:<br>Use Fourth    Date 11/12/04 | **DIAGNOSIS (If Chg'd)**<br>MR Ellis - what about ortho consult<br>11/12/04<br>Noted E Ellis, RN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Inman, John<br>Draper 234821<br>D.O.B.<br>ALLERGIES: NKA<br>Use Third    Date 11/5/04 | **DIAGNOSIS (If Chg'd)**<br>Elavil 10 m po T ID x 4 days<br>X Ray C Spine - mondays<br>cont splint on ⊄ finger till ortho appt<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Inman, John<br>234821 Draper<br>D.O.B.<br>ALLERGIES: NKA<br>Use Second    Date 11/1/04 | **DIAGNOSIS (If Chg'd)**<br>ortho consult - Tuft Fx (mva)<br>appt<br>Noted E Ellis RN 11/1/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Inman, John<br>Draper<br>234821<br>D.O.B.<br>ALLERGIES: NKDA<br>Use First    Date 10/31/04 | **DIAGNOSIS**<br>appt. 11/1/04<br>Dressing/Splint to ⊄ finger on 11/1<br>HCV appt 11/5 re √ finger<br>Cyclobenzaprine 10 mg ÷ PO BID x 3 days<br>Naproxen 375 ÷ PO BID x 7 days<br>noted 11/1/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                    **MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: _Inman John_

D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use Last    Date 10/28/04

DIAGNOSIS (If Chg'd)

Keflex 500mg po BID 7days.
Motrin 600 mg po TPX 5 days
V.O per Dr. Williams / S.Miller ↓

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    H. Miller

---

NAME: Inman, John
D/C 234821    Draper

D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use Fourth    Date 10/28/04

DIAGNOSIS (If Chg'd)

AF cream to affected area BID X 30 days
Cerusol cream to AA p BM ξ PRA x 10 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: INMAN JOHN
234821    Noted 9/14/04 Cap

D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use Third    Date 9/14/04

DIAGNOSIS (If Chg'd)

D/C Doxepin
D/C Lithium
D/C Mellaril
D/C Cogentin

S.Banerjee, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: INMAN, JOHN
Draper 234821

D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use Second    Date 8/17/04

DIAGNOSIS (If Chg'd)

Δ Doxepin 100 mg. po. qhs x 90 days
Lithium carbonate 300 mg. po. qhs x 90 days
Mellaril 50 mg. po. qhs x 90 days
Cogentin 2 mg. po. qhs x 90 days.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    S.Banerjee, MD

---

NAME: INMAN, JOHN
Draper 234821

D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use First    Date 8/17/04

DIAGNOSIS

D/C Lithium carbonate 300 mg. po. 8AM
D/C Mellaril 50 mg. po. 8AM
Cogentin 2 mg. po. qhs ✕ till 8/26/04

S.Banerjee, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

CM

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: Inman, John
#23482-1

D.O.B. ▮▮▮▮
ALLERGIES: NKDA

Use Second    Date 5/27/04

E-90

DIAGNOSIS (If Chg'd) Bipolar

② Doxepin 150 mg qhs x90 d
③ Lithium 300 mg BID x90 d.
④ Mellaril 50 mg qhs mg 50 mg qhs hs
    90 d.

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: Inman, John
#23482-1

D.O.B. ▮▮▮▮
ALLERGIES: NKDA

Use First    Date 5/29/04

E-90

DIAGNOSIS Bipolar

① Librium 75 mg po now and
50 mg BID x 3d then 25 mg po BID.
x3d then 10 mg po BID x3d dc Librium

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

60110 (4/03)                    MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Inman, John
234821  Droped

D.O.B.: ▮▮▮▮

ALLERGIES: NKA

Use Last    Date 7/27/04

DIAGNOSIS (If Chg'd)

Naproxen 500 mg PO BID x 10 days SD

7/27/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    D M Clunie

---

NAME: Inman, John
234821  Droped

D.O.B.: ▮▮▮▮

ALLERGIES: NKA

Use Fourth    Date 6/17/04

DIAGNOSIS (If Chg'd)

BBP x FDX
Naproxen 375 mg = PO BID x 10 days
Entex PSB = PO BID x 5 days
Hydrocortisone 1% AAA BID x 21 days SD x2D

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    J M Clunie

---

NAME: INMAN John
234821    6-4-04
noted
JS

D.O.B.: ▮▮▮▮

ALLERGIES: NKA

Use Third    Date 6/4/04

DIAGNOSIS (If Chg'd)

CMP  CWO
Dlc' Motrin
Salsalate 750 mg = PO BID x 60 d PRN
Refer to MM
Recheck = week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    J Ray

---

NAME: Inman, John
5/25/04  ē  131

D.O.B.: / /

ALLERGIES: NKDA

Use Second    Date / /

DIAGNOSIS (If Chg'd)

Records from  Dr. Scarborough in
Florence,  AL    Re: Hepatitis ?
- Flu ē O.P. apron / in = mk for
   record review
- L/S X-RAY    (injury)    Borden CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Inman, John
234821

D.O.B.: ▮▮▮▮

ALLERGIES: NKDA

Use First    Date 5/25/04

DIAGNOSIS

EKG
MH referral
Diagnostic  Profile  #1
Hep-C  Serum  Antibody
Motrin  600  mg  p.o.  BID x 30d PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Borden CRNP

---

MEDICAL RECORDS COPY

60110 (4/03)



*Follow-up*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*Dental emergency*

Print Name: _Iha Inman_      Date of Request: _6-19-06_

ID # _234821_      Date of Birth: _____ Location: _FLYC 1°70_

Nature of problem or request: _Mrs Gant my mouth hurts and a that tooth is curving up the inside of my mouth and mr _____ tongue. They wrot and said I had an appointment. I need to get in there now._

_John Inman_
          Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _6/20/05_
Time: _1300_
Receiving Nurse Intials _SM Dental_

**(S)ubjective:** _Pt needs anterior tooth repaired_

**(O)bjective  (V/S): T:** ____ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

_Dental screening_

**(A)ssessment:** _Request reviewed    Out guide_

**(P)lan:** _To be scheduled for apt_

_Thank you_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
           CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_Gene Garth DA_
      SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Follow-up*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman                  Date of Request: 6-19-05

ID # 234821          Date of Birth: _____ Location: FLYC 1-70

Nature of problem or request: I'm out of my KOP Meds. My Neck
has swollen and would like free world appointment
and MRI ran I'm in pain my neck hurts all the time
now. I also would like to see someone about my upcoming
Med. Bills once release on 8-6-06            John Inman
                                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6-18-05
Time: 535      AM/PM
Allergies: NKDD

┌─────────────────────────────────┐
│            RECEIVED             │
│ Date: 6/20/05                   │
│ Time: 2230                      │
│ Receiving Nurse Intials  PM     │
└─────────────────────────────────┘
Seek call

**(S)ubjective:** ol was in lus revolled from
Dryper Knee up meteris ol would like too
go to free world appt & bus chnoi non atap sign

**(O)bjective  (V/S):**  T:_____ P:_____ R:_____ BP:_____ WT: 179
ant sub - need follow up & BP voncrut needed hy
meds. Need (to see m.d.)
Crea tto 4C, 5C, need revalen ut raised up

**(A)ssessment:** about limbs. On scale 1-10 not 9 comploin
af disconfort. alt ws crpert

**(P)lan:**

HCU rener

Refer to  (MD/PA)  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
          Was MD/PA on call notified:   Yes ( )     No ( )

                              _SIGNATURE AND TITLE_  / Hassitue RN
                                                          6-22-05

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

*FoLLow uP*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST
*FLXC*

Print Name: John Inman          Date of Request: 5-22-05
ID # 234821          Date of Birth: _____     Location: Dorm-1-70
Nature of problem or request: Sgt Jackson Told me I had to get my bottom bunk profile renewed or she was going to put me on top of bunk. As far I know God hasn't replaced those ruptured Disc I have, It's in my Med Jacket

John Inman
_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 5/23/05
Time: _____ AM PM
Allergies: NKA

RECEIVED
Date: 5/22/05
Time: 2300
Receiving Nurse Intials PM   Sick call

**(S)ubjective:** "She said I need my BBP renewed — I shouldn't be Charged — I have a ruptured disc

**(O)bjective   (V/S):** T: 97   P: 68   R: 18   BP: 122/70   WT:

**(A)ssessment:** states he still has back pain

**(P)lan:** HCP Review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )          5/23/05

_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow-up*

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: John Inman      Date of Request: 8 1-0 26-05

ID # 234821      Date of Birth: ~~~~~~~~~~ Location: 4-26

Nature of problem or request: P Follow up on D.O.C Auto
accident. Meds.

_____ John dnma _____
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: 1/31/05

Time: 0438  AM PM

Allergies: NICA

RECEIVED
Date: 01/26/0
Time: 1047 pm
Receiving Nurse Intials QM

**(S)ubjective:** "I went to the MD day before yesterday to get my medicine renewed but the Doctor got an emergency phone call. I need to know when my Prescription will be renewed.

**(O)bjective (V/S):** T: 98.6  P: 64  R: 20  BP: 122/78  WT: 175

A + 0 X 3  Resp c ease, Skin w/o touch
requesting that Motrin 800mg be renewed
for pain in Neck

**(A)ssessment:**

alt in Comfort

**(P)lan:**

HCP Review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( ) Has order for Reldev
   Was MD/PA on call notified:   Yes ( )   No ( ) for Reldev

C. Hill [signature]      1/31/05
                 SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Follow up*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _John Inman_          Date of Request: _1-5-05_
ID # _234821_          Date of Birth: ▮▮▮▮ Location: _FLXC 1-70_
Nature of problem or request: _This concerning a accident I was involved in while working with DOC custody squad at Draper. My neck pain and stiffness has worsen and I would like to have an outside/an independent opinion_
                                                    _John Inman_
                                                Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> RECEIVED
> Date: 5-4-05
> Time: 608
> Receiving Nurse Intials RNS

**(S)ubjective:** "I've been having problems c̄ my neck. I can't get my meds. Ms. Lassiter told me to get it renewed when I run out."

**(O)bjective: (V/S):** T: 979  P: 88  R: 20  BP: 118/66  WT: ____
a & o x 3; Resp. c̄ ease; tender to touch c/o pain to neck c̄ shoulders "Can it please get my medicine KOP?"

**(A)ssessment:** alt in comfort

**(P)lan:** HCP Review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                  Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE  5/6/06

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

*Follow up* (left margin)   *Follow up* (right margin)

*FCC*
*jacket is in grievance cabinet*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _John Inman_ _____ Date of Request: _12-15-04_
ID # _234821_ _____ Date of Birth: ▓▓▓▓ Location: _4-26_
Nature of problem or request: _I've been having problems with_
_my neck and shoulder, I was ~~sch~~ involved_
_in a car accident, I'm having major problems with_
_my Meds, need to see doctor._ _John Inman_
_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12/16/04_
Time: _1:00_  AM PM
Allergies: _NKA_

> **RECEIVED**
> Date: _12/15/04_
> Time: _8:20 pm_
> Receiving Nurse Intials _RB_

**(S)ubjective:** _The motrin and Tylenol not working for_
_my neck and ~~shoulder~~ shoulder, I want my_
_meds KOP because the Ifeuperion given me problems._
_98? el want a MRI_

**(O)bjective  (V/S): T:** _98_ **P:** _78_ **R:** _18_ **BP:** _136/90_ **WT:** _180_

_Resp clear. Ambu 5 differently. Good ROM to neck_
_& swelling at this time. No swelling to L & or Rt_
**(A)ssessment:** _shoulder. Good ROM c no discoloration. Tender_
_~~atten~~ attention in comfy ~~pal~~ palpated_

**(P)lan:** _HCP to review_

---

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( ) _outguide_
Was MD/PA on call notified:    Yes ( )    No ( ) _chart requested_

_____ _12/16/04_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## PHS
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _John Inman_     Date of Request: _12-2-04_
ID # _234821_    Date of Birth: _____ Location: _4-28_
Nature of problem or request: _I was on the Doc Bus that had_
_The accident asidunt wreck. I in pain my_
_lower neck & upper back hurt alot, would like_
_MRI and see your Doctor_ _John Inman_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12-3-04_
Time: _335_ AM PM
Allergies: _NKA_

RECEIVED
Date: _12-3-04_
Time: _12-28-04_
Receiving Nurse Intials ___

S - this limits movement of my head

**(S)ubjective:** I was in the bus wreck - my shoulder & neck hit the
window - I've been getting HA from back of head, my neck
hurts - it gets to hurting really bad when I been my head forward
my 3 index finger is still swollen & is numb all the way around

**(O)bjective (V/S):** T: _95_   P: _71_   R: _18_   BP: _106/76_   WT: _179_

WM A+O X3 c/o neck pain + ↑ shoulder pain - on spine. Touched area
4 inches below nape of neck directly on spine as area of pain -
noted knot of spine 3½ inches below neck approx 1½" ↕

**(A)ssessment:** full ↔ and ½-¾" deep - noted limited movement of head
Alteration in comfort and mobility/flexability
of head/neck -

**(P)lan:** Refer to MD _Tylenol 325 mg tabs po ____
_Motrin 600 mg po TID X 3 days_
_per protocol_

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( ) Outguide
Was MD/PA on call notified:   Yes ( )   No ( ) Chart requested
12/3/04

_Jensen RN / McClunt_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _John Inman_    Date of Request: _10-30-04_

ID # _2348_ _234821_    Date of Birth: ▓▓▓▓ Location: _3-108_

Nature of problem or request: _I was in the Bus wreck and am_
_having sever pain in my hand And my shoulder_
_Area Between my shoulder blades At my neck_
_And back bone._

_John Inman_
_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│  Date: _10/31/04_           │
│  Time: _8 30 pm_            │
│  Receiving Nurse Intials _lh_│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_          Date of Request: _10-29-04_
ID # _234821_          Date of Birth: ▮▮▮▮    Location: _3 Cell: 108_
Nature of problem or request: _Severe pain in hand, neck, shoulder and_
_back. I was in that bus accident and have no pain medication_
_over here whatsoever._

_____ _John Inman_ _____
                                                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: _10/30/04_ |
| Time: _1 30 pm_ |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective  (V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                   CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )     No ( )
                 Was MD/PA on call notified:    Yes ( )     No ( )


_____ *SIGNATURE AND TITLE* _____

WHITE:    INMATES MEDICAL FILE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DCC
FLYC

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman     Date of Request: 2-17-04
ID # 25482:     Date of Birth: ▓▓▓▓  Location: 3-108
Nature of problem or request: I was on a bus wreck, I have broke
finger still swollen, My Neck & Back still hurts, I
need work step up!

_John Inman_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 11/18/04
Time: 730  (AM) PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "I was on a bus wreck I have a broke finger that is still
swollen, My neck et back still hurts. I need a work stop"

**(O)bjective:** (V/S): T: 97⁷  P: 76  R: 20  BP: 108/66  WT:
A+O X3 Ambu is diff. Skin w/o to touch. Resp reg. C/o soreness to
2nd digit to Rt hand. Slight edema noted to finger. States he was @ work
picking up a bucket of bricks et felt sharp pain in neck. Neck noted supple
O deformities noted. F.R.O.M noted.

**(A)ssessment:**
Alt comfort

**(P)lan:** ✓pill call

Refer to: ⟨MD/PA⟩ Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_J Taylor LPN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_     Date of Request: _11-23-04_
ID # _234821_     Date of Birth: ~~████~~ Location: _4-26_
Nature of problem or request: _I was involed in the bus accident_
_accd The pain in my upper back & lower Neck has not improved_
_I would Like to see the Doctor Possibly go and have_
_MRI can to find out what is wrong with me_

           _John Inman_
             Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _11/24/04_
Time: _4:39 5:00_ (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I need MRI, My upper back and lower_
_Neck is still hurting. The pain is no better._
_the medicine I was on ran out._

**(O)bjective**    (V/S): T: _97.4_    P: _78_    R: _20_    BP: _130/~~__~~_    WT: _175_

_Resp E coor Ambr S difficult. No swelling or descolordr_
_with the upper back or shoulder. Good ROM. Tenderness no_

**(A)ssessment:** _when palpatd nech. Good ROM. Tenderness no_
_alteration in comfort. Requesting MRI_

**(P)lan:** _Hep to review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                       CIRCLE ONE
Check One:   ROUTINE (✓)     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

                             _Lisa Inc RN_
                     SIGNATURE AND TITLE      _11-24-04_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_    Date of Request: _11-11-04_
ID # _234821_    Date of Birth: _____    Location: _3-108_
Nature of problem or request: _I was in the bus wreck and the area between my shoulders is still hurting and may all wanted to sent me to have my fingel opperated on and it still hasn't happened_

_John Inman_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _11/12/04_
Time: _0820_   AM  PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: _11-11-04_ |
| Time: _1900_ |
| Receiving Nurse Intials _AJ_ |

**(S)ubjective:** _"I was supposed to have surgery on my finger. I can't bend my finger. Having pain between my shoulders where my neck meets my back"_

**(O)bjective:** (V/S): T: _98_  P: _72_  R: _20_  BP: _128/74_  WT: _185_
_has splint on left index finger. States that he is unable to bend. moderate edema_

**(A)ssessment:** _noted to left index finger. Ø redness Ø spasms noted to upper middle back_
_Alt in Comfort_

**(P)lan:**
_HCP Review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_C. Allen_                          _L. Lasater RN_
SIGNATURE AND TITLE               _11-12-04_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT