

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman    Date of Request: 11-03-04

ID # 25482    Date of Birth: ▓▓▓▓    Location: C-3 B-108

Nature of problem or request: I was on the bus Doc Bus that
Crashed My Stiches needs to be taken out and
my neck is hurting bad. I want to see Doctor

Signature: John Inman

### DO NOT WRITE BELOW THIS LINE

Date: 11/4/04
Time: 540 AM PM
Allergies: NKDA

> RECEIVED
> Date: 11/3/04
> Time: 10 15 pm
> Receiving Nurse Intials ___

**(S)ubjective:** I have some stitches that need to be removed. I would like to have some more state x-rays to back + would like increase on pain meds.

**(O)bjective:** (V/S): T: 98.1  P: 80  R: 18  BP: 88/57  WT: ___
(Ⓛ hand) Ⓛ hand digit swollen + sutures noted. I'm involved MVA of accident c̄ pain upper middle back. ⊘ swelling

**(A)ssessment:** ⊘ of comfort - bending head forward. Currently on Naprosyn 375 + Flexeril 10m

**(P)lan:** HCP to Review

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: John Inman    Date of Request: 10-29-04
ID # 254821    Date of Birth: _____    Location: 3-108
Nature of problem or request: I need to go Back to Doctor I
Dont have any pain Meds, I'm in sever pain
from the Bus wreck. I need more X-rays

_John danner_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 10 /29/ 04
Time: 525 (AM) PM
Allergies: NKA

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date:  10/29/04             │
│ Time:  10 00 pm             │
│ Receiving Nurse Intials  R2 │
└─────────────────────────────┘
```

**(S)ubjective:** on thurs I was in a car accident my finger is Hurting
the Doctor at the Hospital Recommand surgery
My neck is Hurting in between shoulder blades blades
real bad

**(O)bjective**    (V/S): T: 982    P: 2078    R: 20    BP: 110/78    WT: 1800
c/o of pain when twisting neck to right are left inmate
able to Ben d over awaste with out pain ø signs of acute
Distress finger on left hand wropped in ace wrape c/o upon
Pain when such movement nded to finger

**(A)ssessment:** Alataration in comfort

**(P)lan:** Mcp Review

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____    _____
*SIGNATURE AND TITLE*    11-1-0?

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_     Date of Request: _10-27-04_
ID # _238421_     Date of Birth: _____  Location: _3-108_
Nature of problem or request: _I have Poil up Hemcroids and_
_They have flared up, Im in sever pain I need_
_Some help_

_John Inman_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _10/28/04_
Time: _530_   AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: _10/27/04_ |
| Time: _11 30 pm_ |
| Receiving Nurse Intials _LL_ |

**(S)ubjective:** _My hemrrohoids are acting ↑. X/wk C/O extreme_
_pain + I have a fungus on groin area_

**(O)bjective:   (V/S): T:** _981_  **P:** _80_  **R:** _18_  **BP:** _130/xo_  **WT:**
_Anal area slightly red c bumps noted aroind._ (white)
_Red rash noted around pubic area, too._

**(A)ssessment:** _Alt in comfort_

**(P)lan:** _ACP to Review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

_Jellis_                 _L Rosenturel_
SIGNATURE AND TITLE              _10-28-04_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman          Date of Request: 7-25-04
ID # 234821          Date of Birth: ▓▓▓▓▓  Location: C-3 Bed 96
Nature of problem or request: I have a Bad skin fungus Also need
to someone About my the Meds.

_John Inman_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 7/27/04
Time: 6:30 (AM) PM
Allergies: NKDA

RECEIVED
Date: 7-26-04
Time: 920 p          A7
Receiving Nurse Intials

**(S)ubjective:** AOX3 - L4 Disk Ruptured about a year ago in
Lower Bacl

**(O)bjective** (V/S): T: 98   P: 70   R: 18   BP: 90/70   WT:
AOX3 tr ambulate c faint Body Over small Rash flat
+ Red to ? trunk of Body no acute distress noted

**(A)ssessment:**
alteratw c confut-
Hydroconstine crean doesn't work
Hx Liver Problems and roles take tylenol
**(P)lan:** napoxysin medication request
Request Galleyin X one day

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( ✓ )
Was MD/PA on call notified:   Yes ( )   No ( ✓ )

_M____(R) DMBCleuell_
SIGNATURE AND TITLE          7/27/04

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAI    COPY AFTER NURSE INITIALS RI    IPT
GLF-1002  (1/1)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *John Inman*    Date of Request: *7-13-04*
ID # *23482l*    Date of Birth: ▓▓▓▓▓    Location: *3 CeLL Bed 96*
Nature of problem or request: *Having problems with meds,*
_____

_____ *John Inman*
### DO NOT WRITE BELOW THIS LINE                    *Signature*

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│   Date: 7.13.04                 │     *Sick*
│   Time: 2:00                    │     *Call*
│   Receiving Nurse Intials  bm   │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    **(V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

*NO show*

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
         If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                    Was MD/PA on call notified:    Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_    Date of Request: _6-16-04_
ID # _234821_    Date of Birth: ▓▓▓▓▓ Location: _3cell B-37_
Nature of problem or request: _Bad Cold a Back & Knee Pain Need_
_a Bottom Bunk profile._
_Skin Fungus_

_John Inman_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/17/04_
Time: _6:30_ AM PM
Allergies: _NKDA_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date: 6/16/04                   │
│ Time: 9:00 pm                   │
│ Receiving Nurse Intials  JJ     │
└─────────────────────────────────┘
```
_sick call_

**(S)ubjective:** _Bad Cold / Knee Pain. Request Button_
_Bunk Profile. Rash to Back (2 months ago)_

**(O)bjective** **(V/S):** T: _97.5_  P: _78_  R: _18_  BP: _118/70_  WT: _179_
_A to B. Ambulate SL difficulty small flat bump Red to_
_↑ torso Congestion still present. Waited clisters noted_

**(A)ssessment:** _alteration comfort_

**(P)lan:** _CXR_
_MD Review Resp Lung Bottom Bunk profile_
_HCU (2)1st Second tine Signing up sick call_

Refer to: ( MD/PA ) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( ✓ )
Was MD/PA on call notified:  Yes ( )  No ( )

_signature_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _InMAN John_                    Date of Request: _6-30-4_
ID # _23 48 21_          Date of Birth: ▇▇▇▇▇▇ Location: _M 84_
Nature of problem or request: _My back pain as increased_
_need some help_

_John Inman_
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/4/04_
Time: _710_  (AM) PM
Allergies: _NKA_

<table>
<tr><td></td><td>RECEIVED</td></tr>
<tr><td></td><td>Date: _6-4-04_<br>Time: _710 A_<br>Receiving Nurse Intials _JJ_</td></tr>
</table>

(ω)
**(S)ubjective:** ↑Backpain - Ruptured disc in back 1 yr ago.
(2) Record review ? HepC

**(O)bjective (V/S):** T: _979_   P: _80_   R: _20_   BP: _100/8_   WT: _185_
a + 0 × 3. Resp. reg c ease. VS WNL NAD

**(A)ssessment:** alt. in comfort R/T above

**(P)lan:** See CRNP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )        JRn, cRN
Was MD/PA on call notified:   Yes ( )   No ( )        6/4/04

_Drawn, RN_
_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate s Name: _Inman, John_

Date of Birth: ███████                                    Social Security No ; _____

Date: _6-3-04_                               Time: _6 30_ (A.M.)
                                                                    P.M.

This is to certify that I, _John Inman_ , currently in
                          (Print Inmate's Name)

custody at the _Kilby_ , am refusing to
                    (Print Facility's Name)

accept the following treatment/recommendations: _Sick call because Its too_
                                                              (Specify in Detail)

_long await_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_John Inman_                              _Lorraine Aranas, LPN_
(Signature of Inmate)**                              (Signature of Medical Person)

_____                              _____
(Witness)                                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_  Date of Request: _6-2-04_
ID # _23 48 21_  Date of Birth: _[redacted]_  Location: _M84_
Nature of problem or request: _Severe Lower problem_
_need to be Soon!_

_Thank you_
_John Inman_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _96³_  P: _96_  R: _2 2_  BP: _110/60_  WT: _187_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____ SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _INMAN, John_

Date of Birth: ████████    Social Security No: _____

Date: _6-1-04_    Time: _6_ (AM) P.M.

This is to certify that I, _John Inman_ , currently in
(Print Inmate's Name)

custody at the _KiLBY_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call because I_
(Specify in Detail)

_feel better._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_(Signature)_    _(Signature)_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _John Inman_    Date of Request: _5-28-04_
ID # _23482_    Date of Birth: _____    Location: _East Dorm_
Nature of problem or request: _Very bad skin (sores) also_
_~~this~~ both that through diet #9_
_my back are hurting badly_

_John Inman_
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S):  T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                            SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

Finger to nose - ? poss points Below
Neck — unable to flex chin onto chest
— Unable to turn neck + head to the right
A/P Neck pain c̄ L ROM
                    — ortho consult

8/1/05    20/NCPre: f/u neck pain
⑤ PT c̄ Neck c̄ LROM 2°ʳᵈ t̄ pMVa
ⁱⁿ 12/05
Previous x-rays suggest LROM of neck
A/P. I will proceed c̄ ortho consult
        after discussion c̄ DOC asl
            @ Dr Moses



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Eluman John | D.O.B.: ████ |
|---|---|---|

1/10/05  To see M.D. for F/U. ___ Ph.
8³⁵ᵖ   Wt 179  T-97⁸  P-78  R-20  02sat 96%  B/p 112/78

Hep ? pre   S- my neck is not any worse, but not better
50 mos pending   Labs not drawn;
Labs pending   O- X Ray needs focus on C-7; Exam unchanged
           A/P - X Ray, labs done now, F/u 1wk Susan [illegible]

1/25/05   To HCP re: Discuss lipids. Signed Release of Responsibility
12²⁵ᵖ   for Hep C + lipids discussion ___ J. Smyth

1/25/05   States he wants to be reschedule will see
12³⁰ᵖ   MD for Hep C + lipids ___ J. Smyth

2/7/05   To HCP re Hep C + lipids  Wt170  B/p 124/74  T-97⁵
11⁴⁰ₐ   P-76  R-18    See cc notes S. [illegible]



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Inman John 234821 | D.O.B.: / / |
|-----------|----------------------------------|-------------|

**12/28/04** 2000 Placed in MOU for FWA in Am B/p 100/70
Pulse 72 - Resp 20 - temp 98.5 ——————— Smillman gn
Return from Dr Chungs office
note reviewed.
A Ao x 3
A/P. Return to camp
HCU visit made to eval cont Cneck pain
L. McCuy

**1/3/05**
**9:22/05** 20 HCU re: f/u neck pain Wt 183 T-97.7 B/p 122/88
P - 76 R-18 o2 Sat 95% ——————— J. Huyt
Hx MVA bus @ prison - C7 widening on x-Ray
No Fx. F/u Neck PAIN. c/o discomfort
sharp burning pain @ Rt Nck between
shldr. Dances Progressive. pain is
intermittent. was work release on 6 wks per
inmate. Sx Duration Varies.
exam: unremarkable

A: neck/upper back pain
    out of NSAIDS
P: Re order Neators, Report x-Ray wks fm
    f/u lwk Exam
    No heavy lifting or strenuous activity
                                        H. hills

60111 (5/85)          **Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Inman, John          D.O.B.: |
|---|---|

6.14.04 Rec'd DCC/SHCU, VOL 1 of 1, w/ meds & mars- McDonald

7/14/04 No show                                        J. Melba

11/5/04 To see HCP : re √ finger

Wgt 185    B/P 110/80    T 98.4    P 77    R-18    O₂ Sat 97

S- my finger hurts; so does my neck. Can I see the
Free wrld Doc for my neck?

O- (L) 4th finger, 2° ē sutures intact, edematous, bruising noted.
√ ROM. Xrays show tuft fx- ortho consult pending. Neck ē
√ ROM 2° to stiffness ē pain. PNT tenderness, spinal area. lower Cervical
region.

A/P. Will do xrays, cont therapil. Instructed to ↑ ROM ē use of
neck ē shoulders. Cont splint till ortho consult. Sutures
removed ē diff. culty. Incision ē well approximated edges
no drainage; no S/S of infection.
                                        J. Sass.Tucker NP

11-14-04 To Mont fn FWA on 11-15-04.   T 98² P 86
2323    R 18    BP 112/66    O₂ Sat 95    Wt 185    G. Johnson

11/15/04 Return from FWA

Wt 185    BP 90/60 T 97.9    P 82    R 18    O₂ 97



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Inman, John | D.O.B.: |
|---|---|---|

10-6-04 9:25pm — Rec. DCC/SHCU VOL I & I Ø meds — WB—

10/28/04 2100 Returned from ER A+Ox3 placed in mou B/p 128/78 temp 97⁹ - pulse 80 - Resp 20 — A Millweng

10/29/04 3A — Lying in bed. Resp c ease; skin w/o to touch. Sutures tro 2nd digit on left hand intact. No c/o pain or discomfort voiced — n/fuy

10/29/04 WT 185  B/p - 106/70   97⁶-76-20   Sat 97
Return from ER last PM 2° to DCC Bus MVA L 2nd digit c sutures + Tendon damage per pT. Shoulder is sore. Dressing inplace 2nd finger Ø. A+Ox3
NP- See orders
DMBlunt
Consider ortho referral for finger & suture out edema



DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: *NKA* |
|---|---|---|
| Institution: _____ | Institution: *KCF* | |
| Date: _____ Time: _____ AM/PM | Date: *6/12/04* Time: *1530* AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: | RELEASE FROM: | Date of last exam: *5/24/04* |
| Institution/Work Release Center/Free-World Hospital | ☐ Infirmary  ☐ Segregation | Chest X-Ray Date: _____ Result: _____ |
| | ☐ Population  ☐ Mental Health | PPD Reading *5/27/04 0mm* |
| RECEIVING MEDICAL STATUS | ☐ Other _____ | Classification: _____ |
| ☐ Population | RELEASE TO: | Limitations: _____ |
| ☐ Infirmary | ☐ DOC  ☐ Infirmary  ☐ Mental Health | |
| ☐ Isolation | ☐ _____ | |
| | Institution/Work Release Center/Free-World Hospital | |

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | | ☐ | ☐ | Wears Glasses/Contacts | ☑ | ☐ | |
| Urinalysis | *5/25/04* | ☑ | ☐ | Dental Prosthesis | ☐ | ☑ | |
| | | | | Hearing Aide | ☐ | ☑ | |
| | | | | Other Prosthesis | ☐ | ☑ | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

*Bipolar disorder*

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

*Doxepin 150mg p.o. q hs x 90d*
*Lithium 300mg p.o. bid x 90d*
*Mellaril 50mg p.o. q AM + 50mg p.o.*
*q hs x 90d.*

| | | |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☑ Sent w / inmate | ☐ Not sent w / inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | ☐ Received | ☑ Not Received |
| X-RAY FILM | ☐ Received | ☑ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

Received by: _____
Signature of Receiving Nurse
Date: *6/15/04* Time: *11 30* AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED   Date   Time   With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)

☐ Medical   ☐ Dental

☐ Mental Health

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY (Noted from health record documentation) (SENDING NURSE) | Drug Use | ☑ | | SKIN | Open Sores | | ☑ | Sick Call Procedures Explained | *Yes* |
| | Mental Illness | ☑ | | | Lice | | ☑ | Height | *5'11* |
| | Suicide Attempt | ☑ | | | Edema | | ☑ | Weight | *174 lbs* |
| | Chronic Care | ☑ | | | Warm & Dry | ☑ | | Blood Pressure | *130/74* |
| STATUS | Special Diet | | ☑ | | Cool & Moist | | ☑ | Temperature | *97.8* |
| | Appearance | | ☑ | CONDITION | Alert | ☑ | | Pulse Resp | *76/16* |
| | | | | | Oriented | ☑ | | Other | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Uncooperative | | ☑ | | |
| | | | | | Depressed | | ☑ | | |

Signature of Nurse Completing Assessment (Sending Nurse)   *6/12/04* Date   Signature of Intake Screening Nurse (Receiving Nurse)   *6/15/04* Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| *M___ John D* | *134874* | ▮▮▮▮▮ | *W/M* | *Killby* |

PHS-MD-70009                      (White - Medical Jacket, Yellow - Transfer Coordinator

NAPHCARE
**MEDICAL TRANSFER SUMMARY**
**JAILS**

(If sent without Medical Record, seal in an envelope and mark "Confidential Medical Information")

Inmate Name _Inman    John_    Number ▓▓▓▓▓

Age_____  DO▓▓▓▓▓  Race _W_  Sex _M_  Allergies _NKA_

Current Acute Medical Conditions: _____

_____

_____

Chronic Conditions: _Anti-Social_ _____

MEDICATIONS Inmate is currently taking (include over-the-counter medications)

| DRUG NAME | DOSE/TIME/LAST DOSE | DRUG NAME | DOSE/TIME/LAST DOSE |
|---|---|---|---|
| Flexcial 10 mg | | | |
| Motrin | | | |
| | | | |

Follow-up Care Needed: _Mental   Health_ _____

Pending Referral(s) and Dates: _None_ _____

Physical Disabilities/Limitations: _None_ _____

Assistive Devices/Prosthetics: _None_     Glasses:____  Contacts:____

Dietary Restrictions: _None_

Mental Health History:

   Substance Abuser:   Alcohol _X_   Drugs _X_   Hx Suicide Attempt:_____   Date:_____

   Previous Hospitalization   Date:_____

   Hx Psychotropic Meds: _See   attached   sheet_

Date of Last Physical: _4-28-04_   Food Handler Approval:   Yes _X_ No

Date & Result Last PPD: _11-17-03_ ⊖ Rx Completed: _____

Date & Result Last Chest X-ray:_____   Date & Result Last EKG:_____

Date Last Dental:_____

_D Carroll RN_                          _5-24-04_
Signature & Title                        Review Date

COLBERT COUNTY JAIL                      _256-314-5811_
Transferring Facility                    Phone

NC039    MEDICAL TRANSFER SUMMARY (JAILS)

# MEDICATION ADMINISTRATION RECORD

06/01/2005

STDT01

(FLY-455) FRANK LEE YOUTH CENTER

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIROXICAM (FELDENE) 20MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY #KEEP ON PERSON# RX: 7381897 MCARTHUR, P.A, DONALD, PA START - 05/11/2005    STOP - 07/09/2005 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN (MOTRIN) 600MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY #KEEP ON PERSON# RX: 7419677 LASSITER, N.P., LISA, NP START - 05/18/2005    STOP - 06/16/2005 | 2A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg po BID X 30 days 6/23/05 - 7/23/05 KOP | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | LASSITER, N.P., LISA | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | Complete Entry Checked By: | Title: RN | Date: |
| PATIENT | INMAN, JOHN | | PATIENT CODE 234821 | ROOM NO | BED | FACILIT |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 20mg + Pr%qd x60days 5/5/05 — 7/5/05 | 6A 10P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 600mg BID x30d 5/16 - 6/16/05 | 6A 6P 10P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/1/05  THROUGH 5/31/05

Physician: Williams
Alt. Physician: McArthur CRNP
Telephone No.
Alt. Telephone
Medical Record No: 23482

Allergies: NKA

Diagnosis

Rehabilitative Potential

Medicaid Number | Medicare Number | Complete Entries This Line

PATIENT: Inman John

PATIENT CODE | ROOM NO. | BED

# MEDICATION ADMINIS. ATION RECORD

STDT01

| MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg Bid X30 DAYS Kop | | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4-6-05 — 5-6-05 | | 6pm Nop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-6-05    THROUGH 4-31-05

Physician williams

Alt. Physician

| | Telephone No. | |
|---|---|---|
| | Alt. Telephone | Medical Record No |

Allergies

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete / Checked | | |
|---|---|---|---|---|
| | | By | | |

PATIENT    Title: LPN    Date: 4-6-0

Inman, John

| | PATIENT CODE 234821 | ROOM NO. | BED | FACILITY |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

03/01/2005

STDT01

(FLY-455) FRANK LEE YOUTH CENTER

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|

PROPRANOLOL (INDERAL) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON* (cA)
PERSON*
RX: 6932632 WILLIAMS, M.D., WINFRED — MD
START - 02/15/2005   STOP  03/07/2005

Sintex PSE = PO
BID x 5 days     6A
                 6P
Start 3-16-05 End 3-21-05

Amoxicillin 250mg
PO BID x 10 day   6A
                  6P
Start 3-16-05 End 3-26-05

CHARTING FOR     03/01/2005     THROUGH     03/31/2005

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician: WILLIAMS, M.D., WINFRED
Alt. Physician:
NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Medical Record No.
Rehabilitative Potential

Diagnosis

Medicaid Number     Medicare Number

PATIENT: INMAN, JOHN     PATIENT CODE 234821     ROOM NO. 1     BED  FACILITY

# MEDICATION ADMINISTRATION RECORD
02/01/2005

(FLY-455) FRANK LEE YOUTH CENTER

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIROXICAM (FELDENE) 10MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY FOR 30 DAYS RX: 6793829 LASSITER, N.P., LISA, NP START - 01/13/2005  STOP - 02/11/2005 | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inderal 20mg 1 po kvp X30 DAYS 20mg 1 po kvp | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2-7-05      3-7-05 | kvp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROPRANOLOL (INDERAL) 20MG TAB TAKE 1 TABLET(S) BY MOUTH  DAILY #KECF ON PERSON* INMAN, JOHN              234821 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR         02/01/2005          THROUGH          02/28/2005

| Physician | LASSITER, N.P., LISA | Telephone No. | | Medical Record No |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |

Allergies:          NO KNOWN DRUG ALLERGY

Rehabilitative Potential:

Diagnosis:

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title | Date |
|---|---|---|---|---|

| PATIENT | | | PATIENT CODE | ROOM NO | BED | FACILIT |
|---|---|---|---|---|---|---|
| INMAN, JOHN | | | 234821 | 1 | | |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mcg po TID x 3 days 12/3/04 - 12.6.04 | 6A 11A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/3/04 Motrin 600 mg po tid x 14 days | 6A 11A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/3/04    THROUGH 12/31/04

Physician

Alt. Physician                    Telephone No.                    Medical Record No.

                                  Alt. Telephone

Allergies  NKA                    Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

PATIENT    Wright  Inman, John    PATIENT CODE 234821    ROOM NO.    BED    FACILIT 914

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg TID PRN x14 days 12/3/04 - 12-17-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol ES prn 1D 14 wks 12/3/04 - 12-31-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 12/3/04     THROUGH 12/31

Physician

Alt. Physician

Allergies NKA

Diagnosis

Telephone No.

Alt. Telephone

Medical Record No

Rehabilitative Potential

| Medicaid Number | Medicare Number | Complete Dates Checked | By | Title | Date 12/3 |
|---|---|---|---|---|---|

PATIENT  Inman John

PATIENT CODE 234831     ROOM NO     BED     FACILITY

# MEDICATION ADMINIS..RATION RECORD

STDT01

| MEDICATIONS | TOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motion 800mg TID x 3 wks KOP | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/3/05 — 1/25/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Feldene 10mg pogD x 30 days 1/11/05 – 2/11/05 | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**CHARTING FOR** 1/3/05   **THROUGH** 1/30/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician **Dr Williams**
Alt. Physician

Telephone No.
Alt. Telephone

Medical Record No

Allergies **NKDA**

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

Complete Entries Checked By: A Birkgw

PATIENT: **Inman, John**

Title:
PATIENT CODE | ROOM NO. | BED / FACILITY   Date: 1/3/0

# MEDICATION ADMINISTRATION RECORD

09/01/2004
STDT01

(DRA-153) DRAPER CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOXEPIN (SINEQUAN-ADAPIN) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME<br><br>RX: 6100283 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 08/20/2004    STOP - 11/17/2004 | 6P | | | | | | | D/C 9/14/04 |||||||||||||||||||||
| LITHIUM CARBONATE 300MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME<br><br>RX: 6100269 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 08/20/2004    STOP - 11/17/2004 | 6P | | | | | | | D/C 9/14/04 |||||||||||||||||||||
| THIORIDAZINE (MELLARIL) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br><br>RX: 6100294 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 08/20/2004    STOP - 11/17/2004 | 6P | | | | | | | D/C 9/14/04 |||||||||||||||||||||
| Cogentin 2mg + PO qhs<br><br>8/19/04 - 11/17/04 | 6P | | | | | | | D/C 9/14/04 |||||||||||||||||||||

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 09/01/2004 | THROUGH | 09/30/2004 | |
|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No. | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | |

Allergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: C. Idell, LPN | Title | Date: 9/05 |
|---|---|---|---|---|

| PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITI |
|---|---|---|---|---|
| INMAN, JOHN | 234821 | 1 | | D |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxepin (Sinequan-Adapin) 150mg cap Take t cap po @hs RN# 5696596 5-29-04 → 8-26-04 | 6p | | | | | | | | | | | | | | Revised 8/17/04 | | | | | | | | | | | | | | |
| Lithium Carbonate 300mg cap Take 1 cap po BID RN# 5696605 Start 5/29/04 → 8/26/04 | 6a 6p | | | | | | | | | | | | | | Revised 8/17/04 | | | | | | | | | | | | | | |
| Thioridazine (Mellaril) 50 mg tab Take 1 po BID Amt hs RN# 5696611 5-29-04 → 8-26-04 | 6a 6p | | | | | | | | | | | | | | Revised 8/17/04 | | | | | | | | | | | | | | |
| Dicalcid 750mg tab 1 po BID prn RN# 5927873 6-5-04 → 8-3-04 | 6a 6p PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosen 500mg po BID x 10 days 7-28-04 → 8-7-04 | 6a 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lithium 300mg po q AM 8/17/04 — 11/17/04 | 6p | | | | | | | | | | | | | | | | | | | → | | | | | | | | | |
| Mellaril 50 mg po qhs 8/17/04 — 11/17/04 | 6p | | | | | | | | | | | | | | | | | | | | | | | | | → | | | |
| Cogentin 2mg po qhs 8/17/04 — 11/17/04 | 6p | | | | | | | | | | | | | | | | | | | → | | | | | | | | | |
| Doxepin 100mg po qhs 8/17/04 — 11/17/04 | 6p | | | | | | | | | | | | | | | | | | | → | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8-1-04        THROUGH 8-31-04

| Physician | | Telephone No. | |
|---|---|---|---|
| Alt. Physician  mc Arthur | | Alt. Telephone | Medical Record No |
| Allergies  NKDA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By  U Johnson RN | Title | Date 8/3/04 |
|---|---|---|---|---|

| PATIENT  Inman, John | | PATIENT CODE | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

08/01/2004
STDT01

(DRA-453) DRAPER CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOXEPIN (SINEQUAN-ADAPIN) 150MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME<br><br>RX:    5696596 MCGINN, M.D (MHM PSY, JOSEPH<br>START - 05/29/2004    STOP - 08/26/2004 | UP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LITHIUM CARBONATE 300MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY<br><br>RX:   5696605 MCGINN, M.D. (MHM PSY, JOSEPH<br>START - 05/29/2004    STOP - 08/26/2004 | 6A<br>CP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THIORIDAZINE (MELLARIL) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY EVERY<br>MORNING AND AT BEDTIME<br>RX:   5696611 MCGINN, M.D. (MHM PSY, JOSEPH<br>START - 05/29/2004    STOP - 08/26/2004 | 6A<br>CP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SALSALATE (DISALCID) 750MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY AS<br>NEEDED<br>RX:   5727873 RIGHTMYER, N.P., JOE , NP<br>START - 06/05/2004    STOP - 08/03/2004 | 6A<br>CP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 07-27-04<br>NApro Syr - 500mg po BID<br>X10d<br>08/07/04 | 6A<br>CP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 08/01/2004 | THROUGH | 08/31/2004 | | |
|---|---|---|---|---|---|
| Physician | RIGHTMYER, N.P., JOE | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked<br>By: C. Hall, LPN | | Title: | Date: |
|---|---|---|---|---|---|

| PATIENT | | | | | |
|---|---|---|---|---|---|
| INMAN, JOHN | | PATIENT CODE<br>234821 | ROOM NO | BED | FACILIT |

# MEDICATION ADMINISTRATION RECORD
07/01/2004

STDTO1

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOXEPIN (SINEQUAN-ADAPIN) 150MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME RX: 5696596 MCGINN, M.D. (MHN PSY, JOSEPH, START - 05/29/2004 STOP - 08/26/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LITHIUM CARBONATE 300MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY RX: 5696605 MCGINN, M.D. (MHN PSY, JOSEPH, START - 05/29/2004 STOP - 08/26/2004 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THIORIDAZINE (MELLARIL) 50MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY EVERY MORNING AND AT BEDTIME RX: 5696611 MCGINN, M.D. (MHN PSY, JOSEPH, START - 05/29/2004 STOP - 08/26/2004 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SALSALATE (DISALCID) 750MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 5727873 RIGHTMYER, N.P., JOE, NP START - 06/05/2004 STOP - 08/03/2004 | 6A 6P PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROCORTISONE CRM (30GM) 1% CRM APPLY TO AFFECTED AREAS TWICE DAILY AS DIRECTED RX: 5787205 MCARTHUR, P.A., DONALD, PA START - 06/18/2004 STOP - 07/08/2004 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

07/28/04
Naproxen 500mg PO
BID X10d
08/07/04 Dr. McArthur

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/2004 THROUGH 07/31/2004

Physician MCARTHUR, P.A., DONALD

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

NO KNOWN DRUG ALLERGY

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

PATIENT INMAN, JOHN

PATIENT CODE 234821

ROOM NO. 1

BED FACILITY DR

# MEDICATION ADMINISTRATION RECORD

STDT01

#2 of 2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

06/18/04
Motrin 600mg PO TID
X 30
06/18/04  D. McArthur PA     6A 2p 6p

06/17/04  Naprosyn 375 mg.
P.O. Bid X 10 days     6A 6p

06/21/04  D. McArthur PA  Dn
06/17/04  Entex PSE ÷ P.O. Bid
X 5 days     6A 6p

06/22/04  D. McArthur PA  Dn
06/17/04  H.C. Cr. 1% apply
Bid X 21 day, KOP     6A 6p

07/18/04  D. McArthur PA  Dn

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/04   THROUGH 06/30/04

Physician  DR. SONNIER
Alt. Physician  D. McArthur PA / R. Banister CRNP

Telephone No.

Medical Record No.  234821

Rehabilitative
Potential

Diagnosis

Medicaid Number       Medicare Number       By  M. Llano       Title  R       Date 06/15

PATIENT  INMAN, JOHN       PATIENT CODE    ROOM NO    BED FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

#I

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Librium 25mg P.O.
B.i.d X 3 ds   Then
5/27/04 to 6/03/04
0800 BX X
2000 eXX

Librium - 10mg P.O
Bi.i.d X 3ds   Then
5/27/04 to 6/04/04
0800 X ... Then D/C Librium
2000 Xa/a/X

Then D.C. Librium
5/27/04

Doxepin - 150mg P.O.
qhs X 90 ds
5/27/04 to 8/27/04
2000 e/a/W/a/e

Lithium - 300mg P.O.
B.i.d. X 90ds
5/27/04 to 8/27/04
0800 BBBR ...
2000 e/a/W/a/e

Mellaril - 50mg P.O.
q AM & 50mg q hs
5/27/04 to 8/27/04
0800 BBBR ...
2000 e/a/W/a/e

Motrin 600mg P
Bid X 30D PRN
5/25 - 6/5/04   N
BBBB
e/a/a   D/c'd 6/4/04

Salsalate 750mg
+ PO Bid pnwx60D
1-4-04        8-4-01
P
N
BBBB ...
W/D/a/a

06/15/04
ENY/PSE-PO Bid
X5d
06/20/04  D. McArthur P.O
6A
6P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR June 01 04   THROUGH June 30/04

Physician
Alt. Physician  McCann
Telephone No.
Alt. Telephone

Medical Record No.  23482

Allergies  NKA
Rehabilitative Potential

Diagnosis

Medicaid Number          Medicare Number

Complete Entries Checked
By: E. Walters

PATIENT  INMAN - John

Title
PATIENT CODE   ROOM NO.   BED   FACILITY

Date 5/27