# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Motrin 600mg po BID x 30d PRN 5-25-04 → 6-25-04 | P R N | BR, PWa |
| Doxepin 150mg @HS x 90d 5-27-04 8-27-04 | 2100 | → PWa |
| Lithium 300mg po BID x 90d 5-27-04 8-27-04 | 0900 / 2100 | → BR / → PWa |
| Mellaril 50mg QAM & QHS x 90d 5/27/04 8/27/04 | 0900 / 2100 | → D / → PWa |
| Librium 75mg po NOW 5-27-04 | 1605 | tw X |
| Librium 50mg BID x 3d 5-27-04 5-30-04 | 0900 / 2100 / 2100 | → BR / → Wa / → Wa |
| Librium 25 mg po BID x 3day 5-27-04 6-1-04 | 0900 / 2100 | |
| Librium 10mg BID x 3days then DC 5-27-04 6/4/04 | | Start June 2nd See new MAR |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-25-04 THROUGH 5-31-04

Physician Robbins / B Adams CRNP

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 23486

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Hardy Title LPN Date 5-2[illegible]

PATIENT Inman, John

PATIENT CODE ROOM NO. BED FACILITY

John Inman

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

[illegible handwritten clinical notes]

***** For security and safety, please do not inform patient of possible follow-up appointments. *****

Signature of Consulting Physician: [signature] Date [illegible] Time

Reviewed and Signed By Medical Director: Date Time

[signature] 12/29/04

05/20/2004

Please send this form ... Authorization Letter to the service provider at the time of the appointment

DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Inman, John | / / |
| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
| (334) 567 - 1548 | | / / |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567 - 1538 | 234821 | / / |
| Will there be a charge? ☑ Yes ☐ No — Sex ☑ Male ☐ Female | SS Number | Potential Release Date: (mm/dd/yy) |
| | - - | / / |

Responsible party: ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

CLINICAL DATA

**Requesting Provider:** ☐ Physician ☑ NP, PA ☐ Dental

[signature] tucknp

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☑ Routine ☐ Urgent

Estimated Date of Service (mm/dd/yy) 12/15/04

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments: ______ ☐ Other:______

Specialist referred to: Cheng

Type of Consultation, Treatment, Procedure or Surgery:

F/X Tuft Fx c tendon damage

12/29 @ 200 Take xray

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:**

Tuft fx (L) index finger 2° MVA

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

Seen by Dr Cheng

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

Date resubmitted:

☐ Resubmitted with requested information. ___/___/___

Regional Medical Director Signature, printed name and date required: / / (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 1438224 |
|---|---|---|

UM Referral review form 2-05-2004



PRISON HEALTH SERVICES INCORPORATED

Dr Chung

## PROGRESS NOTES

| Date/Time | Inmate's Name: Inman, John #234821 D.O.B.: [redacted] |
|---|---|
| 11/15/04 | [illegible handwriting] car accident 3 wks ago [illegible] |
| | [illegible] a car on his side [illegible] went through window. |
| | Seen @ Baptist [illegible]. Sutured. Stitches removed [illegible] ago. |
| | Still has some swelling and pain |
| | Exam healed laceration over dorsal finger [illegible] ulnar side |
| | DIP 0 - 20° flex PIP 0° - 40° MP 0 - 70° |
| | [illegible] but present to pinprick @ ulnar side of finger |
| | OK to pin @ radial side |
| | active ext/flex DIP / PIP / MP jt |
| | |
| | Xr - Tuft fx of distal phalanx (L) index finger |
| | |
| | Imp Tuft fx of distal phalanx (L) index finger |
| | ~~[illegible] digital nerve injury~~ |
| | |
| | Pl: Range of motion exercises x 4 months. |
| | [illegible] month for [illegible] |
| | |
| | [signature] |
| | |
| | [signature] CRNP 11-15-04 @ 1240 - RTC Doctor's |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

Please send this form with the Authorization Letter to the service provider ... appointment

## DEMOGRAPHICS

Site Name & Number: Staton 843

Inmate Name: (Last, First,) Inman, John

Date (mm/dd/yy): 11/01/04

Site Phone #: (334) 567 - 1548

Alias: (Last, First) ~~234821~~

Date of Birth: (mm/dd/yy) [redacted]

Site Fax #: (334) 567 - 1538

Inmate #: 234821

PHS Custody Date: (mm/dd/yy) 05/03/04

Will there be a charge? ☒ Yes ☐ No

Sex: ☒ Male ☐ Female

SS Number: [redacted]

Potential Release Date: (mm/dd/yy) 08/06/05

Responsible party: ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):______

## CLINICAL DATA

Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental

[signature]

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

History of illness/injury/sypmtoms with Date of Onset:

In MVA 10/28/04

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☐ Routine ASAP ☒ Urgent

Estimated Date of Service (mm/dd/yy) __/__/__

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:

Number of Visits/Treatments: 2

☐ Radiation therapy
☐ Chemotherapy
☐ Other:______

Results of a complaint directed physical examination:

ER Visit c̄ X Rays Shows Tuft Fx Left finger Pointer

Specialist referred to: Dr Chang

Type of Consultation, Treatment, Procedure or Surgery:

Tuft Fx - Ortho Consult 11/15/04 @ 10^30 Am

Previous treatment and response (including medications):

FAXED 11/1/04

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:

__/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

V/O Ok, E. Ellis, MD



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 132-684-3167-0 | S | YX | COMPLETE | 1 |

ADDITIONAL INFORMATION

FLYC FASTING: Y
DOB: [redacted]

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| INMAN,JOHN | M | 50 / 8 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/12/2005 | 10:39 | 5/12/2005 | 5/12/2005 | 23:35 | 7876 |

CLINICAL INFORMATION
CD-41147605949

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore AL 36025-0000
ACCOUNT NUMBER: 01308900

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CMP14+LP+5AC | | | | |
| | Chemistries | | | | YX |
| | Glucose, Serum | 72 | mg/dL | 65 - 99 | YX |
| | Uric Acid, Serum | 6.1 | mg/dL | 2.4 - 8.2 | YX |
| | BUN | 11 | mg/dL | 5 - 26 | YX |
| | Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | YX |
| | BUN/Creatinine Ratio | 12 | | 8 - 27 | |
| | Sodium, Serum | 139 | mmol/L | 135 - 148 | YX |
| | Potassium, Serum | 4.6 | mmol/L | 3.5 - 5.5 | YX |
| | Chloride, Serum | 103 | mmol/L | 96 - 109 | YX |
| | Carbon Dioxide, Total | 23 | mmol/L | 20 - 32 | YX |
| | Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | YX |
| | Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | YX |
| | Protein, Total, Serum | 7.6 | g/dL | 6.0 - 8.5 | YX |
| | Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | YX |
| | Globulin, Total | 3.4 | g/dL | 1.5 - 4.5 | |
| | A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| | Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | YX |
| | Alkaline Phosphatase, Serum | 128 | IU/L | 25 - 150 | YX |
| | LDH | 177 | IU/L | 100 - 250 | YX |
| > | AST (SGOT) | 109 H | IU/L | 0 - 40 | YX |
| > | ALT (SGPT) | 231 H | IU/L | 0 - 40 | YX |
| > | GGT | 80 H | IU/L | 0 - 65 | YX |
| | Iron, Serum | 137 | ug/dL | 40 - 155 | YX |
| | | | | | YX |
| | Lipids | | | | YX |
| | Cholesterol, Total | 184 | mg/dL | 100 - 199 | YX |
| > | Triglycerides | 267 H | mg/dL | 0 - 149 | YX |
| | HDL Cholesterol | 41 | mg/dL | 40 - 59 | YX |
| > | VLDL Cholesterol Cal | 53 H | mg/dL | 5 - 40 | |
| | LDL Cholesterol Calc | 90 | mg/dL | 0 - 99 | |
| | T. Chol/HDL Ratio | 4.5 | ratio units | 0.0 - 5.0 | |
| | Estimated CHD Risk | 0.8 | times avg. | 0.0 - 1.0 | |

Hep C (handwritten)

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

5-16-05 (handwritten initials)

| Pat Name: INMAN,JOHN | Pat ID: 234821 | Spec #: 132-684-3167-0 | Seq #: 7876 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 132-684-3167-0 | S | YX | COMPLETE | Page #: 2 |

ADDITIONAL INFORMATION

FLYC FASTING: Y
DOB: [redacted]

CLINICAL INFORMATION
CD- 41147605949

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 50 / 8 |

| PHYSICIAN ID. | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

PT. ADD.:

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore AL 36025-0000
ACCOUNT NUMBER: 01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/12/2005 | 10:39 | 5/12/2005 | 5/12/2005 | 23:35 | 7876 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

LAB: YX LabCorp Montgomery Hull DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

| Pat Name: INMAN,JOHN | Pat ID: 234821 | Spec #: 132-684-3167-0 | Seq #: 7876 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

State ID

DOB [redacted]

INSTITUTION: FL4C

Race: W Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Williams | 12/29/04 | 0700 | | | |

HISTORY/DIAGNOSIS: "Hx of Fracture (L) index finger"

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | X | HAND (L) | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

REPORT

XXXXXXXX Inman

LEFT HAND: There is a nondisplaced fracture of the distal phalanx, 2nd digit.

IMPRESSION: APPARENT FRACTURE OF THE DISTAL PHALANX, 2ND DIGIT, EXACT AGE IS UNCERTAIN.

D & T: 12-30-04 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

J. Yerbeltz RT

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

12-29-04

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 018-684-3254-0 | S | YX | COMPLETE | 1 |

ADDITIONAL INFORMATION

FYLC

FASTING: Y
DOB: [redacted]

CLINICAL INFORMATION
CD- 41147604655

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 50 / 5 |

PT ADD:

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000

ACCOUNT NUMBER: 01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/18/2005 | 8:00 | 1/18/2005 | 1/18/2005 | 23:35 | 5588 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| BMP without BUN/Cr | | | | |
| Glucose, Serum | 79 | mg/dL | 65 - 99 | YX |
| Specimen was lipemic. This may adversely affect results. | | | | |
| BUN | 10 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | YX |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | YX |
| Carbon Dioxide, Total | 27 | mmol/L | 20 - 32 | YX |

LAB: YX LabCorp Montgomery Hull DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

[handwritten initials] 1/19/05



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 010-684-3337-0 | S | YX | COMPLETE | 1 |

ADDITIONAL INFORMATION

FYLC FASTING: Y
DOB: [redacted]

CLINICAL INFORMATION
CD- 41147604548

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| INMAN,JOHN | M | 50 / 4 |

PT. ADD:

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000

ACCOUNT NUMBER: 01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2005 | 8:00 | 1/10/2005 | 1/12/2005 | 18:11 | 5474 |

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| | Chemistries | | | | YX |
| | Glucose, Serum | 78 | mg/dL | 65 - 99 | YX |
| | Uric Acid, Serum | 6.4 | mg/dL | 2.4 - 8.2 | YX |
| | BUN | 11 | mg/dL | 5 - 26 | YX |
| | Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | YX |
| | BUN/Creatinine Ratio | 14 | | 8 - 27 | |
| | Sodium, Serum | 137 | mmol/L | 135 - 148 | YX |
| | Potassium, Serum | 4.6 | mmol/L | 3.5 - 5.5 | YX |
| | Chloride, Serum | 104 | mmol/L | 96 - 109 | YX |
| | Calcium, Serum | 9.3 | mg/dL | 8.5 - 10.6 | YX |
| | Phosphorus, Serum | 2.7 | mg/dL | 2.5 - 4.5 | YX |
| | Protein, Total, Serum | 7.3 | g/dL | 6.0 - 8.5 | YX |
| | Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | YX |
| | Globulin, Total | 3.2 | g/dL | 1.5 - 4.5 | |
| | A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| | Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | YX |
| | Alkaline Phosphatase, Serum | 96 | IU/L | 25 - 150 | YX |
| | LDH | 201 | IU/L | 100 - 250 | YX |
| > | AST (SGOT) | 91 H | IU/L | 0 - 40 | YX |
| > | ALT (SGPT) | 177 H | IU/L | 0 - 40 | YX |
| > | GGT | 73 H | IU/L | 0 - 65 | YX |
| > | Iron, Serum | 212 H | ug/dL | 40 - 155 | YX |
| | | | | | YX |
| | Lipids | | | | YX |
| | Cholesterol, Total | 167 | mg/dL | 100 - 199 | YX |
| > | Triglycerides | 284 H | mg/dL | 0 - 149 | YX |
| > | HDL Cholesterol | 37 L | mg/dL | 40 - 59 | YX |
| > | VLDL Cholesterol Cal | 57 H | mg/dL | 5 - 40 | |
| | LDL Cholesterol Calc | 73 | mg/dL | 0 - 99 | |
| | T. Chol/HDL Ratio | 4.5 | ratio units | 0.0 - 5.0 | |
| | Estimated CHD Risk | 0.8 | times avg. | 0.0 - 1.0 | |

1/13/05

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio. Other

Pat Name: INMAN,JOHN Pat ID: 234821 Spec #: 010-684-3337-0 Seq #: 5474

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 010-684-3337-0 | S | YX | COMPLETE | 2 |

**ADDITIONAL INFORMATION**

FYLC FASTING: Y
DOB: [redacted]

**CLINICAL INFORMATION**
CD- 41147604548

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 50 / 4 |

PT ADD.:

| PHYSICIAN ID. | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000

ACCOUNT NUMBER: 01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2005 | 8:00 | 1/10/2005 | 1/12/2005 | 18:11 | 5474 |

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | | factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD. | | | |
| | | | | | YX |
| | Thyroid | | | | YX |
| | TSH | 0.998 | uIU/mL | 0.350 - 5.500 | MB |
| | Thyroxine (T4) | 11.0 | ug/dL | 4.5 - 12.0 | MB |
| > | T3 Uptake | 22 L | % | 24 - 39 | MB |
| | Free Thyroxine Index | 2.4 | | 1.2 - 4.9 | |
| | | | | | YX |
| | CBC, Platelet Ct, and Diff | | | | YX |
| | White Blood Cell (WBC) Count | 8.3 | x10E3/uL | 4.0 - 10.5 | YX |
| | Red Blood Cell (RBC) Count | 4.84 | x10E6/uL | 4.10 - 5.60 | YX |
| | Hemoglobin | 15.3 | g/dL | 12.5 - 17.0 | YX |
| | Hematocrit | 45.3 | % | 36.0 - 50.0 | YX |
| | MCV | 94 | fL | 80 - 98 | YX |
| | MCH | 31.6 | pg | 27.0 - 34.0 | YX |
| | MCHC | 33.8 | g/dL | 32.0 - 36.0 | YX |
| | RDW | 13.7 | % | 11.7 - 15.0 | YX |
| | Platelets | 145 | x10E3/uL | 140 - 415 | YX |
| | Neutrophils | 47 | % | 40 - 74 | YX |
| | Lymphs | 39 | % | 14 - 46 | YX |
| | Monocytes | 10 | % | 4 - 13 | YX |
| | Eos | 3 | % | 0 - 7 | YX |
| | Basos | 1 | % | 0 - 3 | YX |
| | Neutrophils (Absolute) | 3.9 | x10E3/uL | 1.8 - 7.8 | YX |
| | Lymphs (Absolute) | 3.2 | x10E3/uL | 0.7 - 4.5 | YX |
| | Monocytes(Absolute) | 0.8 | x10E3/uL | 0.1 - 1.0 | YX |
| | Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| | Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |
| | Hepatitis, Diagnostic (Prof I) | | | | |
| | Hep A Ab, IgM | Negative | | Negative | MB |
| | HBsAg Screen | Negative | | Negative | MB |
| | Hep B Core Ab, IgM | Negative | | Negative | MB |
| > | Hep C Virus Ab | Repeatedly Positive | | Negative | MB |

1/13/05

LAB: MB LabCorp Birmingham DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000

| Pat Name: INMAN,JOHN | Pat ID: 234821 | Spec #: 010-684-3337-0 | Seq #: 5474 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 010-684-3337-0 | S | YX | COMPLETE | 3 |

ADDITIONAL INFORMATION

FYLC FASTING: Y
DOB: [redacted]

CLINICAL INFORMATION
CD- 41147604548

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| INMAN,JOHN | M | 50 / 4 |

PT. ADD.:

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILLIAMS W | 234821 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2005 | 8:00 | 1/10/2005 | 1/12/2005 | 18:11 | 5474 |

ACCOUNT NUMBER: 01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

LAB: YX LabCorp Montgomery Hull DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

1/13/05 [initials]

| Pat Name: INMAN,JOHN | Pat ID: 234821 | Spec #: 010-684-3337-0 | Seq #: 5474 |
|---|---|---|---|

~~Results are Flagged in Accordance with Age Dependent Reference Ranges~~

Last Page of Report



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: 1 |
|---|---|---|---|---|
| 159-205-5001-0 | S | MB | COMPLETE | |

**ADDITIONAL INFORMATION**

OPC FASTING: N
DOB: [redacted]

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 45 / 9 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/07/2004 | 8:36 | 6/07/2004 | 6/08/2004 | 12:09 | 4151 |

**CLINICAL INFORMATION**
CD- 95202804976

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 234821 |

**ACCOUNT:** KILBY CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
12201 Wares Ferry Road
Mt. Meigs AL 36507-0000
**ACCOUNT NUMBER:** 01306900

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CMP14+LP+5AC | | | | |
| | Chemistries | | | | MB |
| > | Glucose, Serum | 159 H | mg/dL | 65 - 99 | MB |
| > | Uric Acid, Serum | 9.9H | mg/dL | 2.4 - 8.2 | MB |
| | BUN | 10 | mg/dL | 5 - 26 | MB |
| | Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | MB |
| | BUN/Creatinine Ratio | 9 | | 8 - 27 | |
| | Sodium, Serum | 139 | mmol/L | 135 - 148 | MB |
| | Potassium, Serum | 3.5 | mmol/L | 3.5 - 5.5 | MB |
| | Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| | Carbon Dioxide, Total | 25 | mmol/L | 20 - 32 | MB |
| | Calcium, Serum | 9.8 | mg/dL | 8.5 - 10.6 | MB |
| | Phosphorus, Serum | 3.0 | mg/dL | 2.5 - 4.5 | MB |
| | Protein, Total, Serum | 7.3 | g/dL | 6.0 - 8.5 | MB |
| | Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | MB |
| | Globulin, Total | 3.4 | g/dL | 1.5 - 4.5 | |
| | A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| | Bilirubin, Total | 0.2 | mg/dL | 0.1 - 1.2 | MB |
| | Alkaline Phosphatase, Serum | 97 | IU/L | 25 - 150 | MB |
| | LDH | 188 | IU/L | 100 - 250 | MB |
| > | AST (SGOT) | 56 H | IU/L | 0 - 40 | MB |
| > | ALT (SGPT) | 89 H | IU/L | 0 - 40 | MB |
| > | GGT | 79 H | IU/L | 0 - 65 | MB |
| | Iron, Serum | 121 | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | Lipids | | | | MB |
| | Cholesterol, Total | 184 | mg/dL | 100 - 199 | MB |
| > | Triglycerides | 174 H | mg/dL | 0 - 149 | MB |
| | HDL Cholesterol | 57 | mg/dL | 40 - 59 | MB |
| | VLDL Cholesterol Cal | 35 | mg/dL | 5 - 40 | |
| | LDL Cholesterol Calc | 92 | mg/dL | 0 - 99 | |
| | T. Chol/HDL Ratio | 3.2 | ratio units | 0.0 - 5.0 | |
| | Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 159-205-5001-0 | S | MB | COMPLETE | 2 |

ADDITIONAL INFORMATION

OPC FASTING: N
DOB

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 45 / 9 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/07/2004 | 8:36 | 6/07/2004 | 6/08/2004 | 12:09 | 4151 |

CLINICAL INFORMATION
CD- 95202804976

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 234821 |

ACCOUNT: KILBY CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
12201 Wares Ferry Road
Mt Meigs AL 36507-0000
ACCOUNT NUMBER: 01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

LAB: MB LabCorp Birmingham DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham, AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: 1 |
|---|---|---|---|---|
| 146-205-5041-0 | S | MB | COMPLETE | |

ADDITIONAL INFORMATION

NPY-23 FASTING: N
DOB [redacted]

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| INMAN,JOHN | M | 45 / 9 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/25/2004 | 6:07 | 5/25/2004 | 5/26/2004 | 7:25 | 3755 |

CLINICAL INFORMATION
CD- 95202804598

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 234821 |

ACCOUNT: KILBY CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
12201 WARES FERRY ROAD
MT MEIGS AL 36507-0000
ACCOUNT NUMBER: 01306900

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CBC With Differential/Platelet | | | | |
| | White Blood Cell (WBC) Count | 8.9 | x10E3/uL | 4.0 - 10.5 | MB |
| | Red Blood Cell (RBC) Count | 5.05 | x10E6/uL | 4.10 - 5.60 | MB |
| | Hemoglobin | 16.2 | g/dL | 12.5 - 17.0 | MB |
| | Hematocrit | 48.0 | % | 36.0 - 50.0 | MB |
| | MCV | 95 | fL | 80 - 98 | MB |
| | MCH | 32.2 | pg | 27.0 - 34.0 | MB |
| | MCHC | 33.8 | g/dL | 32.0 - 36.0 | MB |
| | RDW | 14.0 | % | 11.7 - 15.0 | MB |
| > | Platelets | 115 L | x10E3/uL | 140 - 415 | MB |
| > | Polys | 34 L | % | 40 - 74 | MB |
| > | Lymphs | 49 H | % | 14 - 46 | MB |
| > | Monocytes | 14 H | % | 4 - 13 | MB |
| | Eos | 3 | % | 0 - 7 | MB |
| | Basos | 0 | % | 0 - 3 | MB |
| | Polys (Absolute) | 3.0 | x10E3/uL | 1.8 - 7.8 | MB |
| | Lymphs (Absolute) | 4.4 | x10E3/uL | 0.7 - 4.5 | MB |
| > | Monocytes(Absolute) | 1.2H | x10E3/uL | 0.1 - 1.0 | MB |
| | Eos (Absolute Value) | 0.3 | x10E3/uL | 0.0 - 0.4 | MB |
| | Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham, AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



KILBY CORRECTION ILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Vinman, John

PRISON ID
234821

DATE SUBMITTED
5-25-04

NPY 23

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| | | | |
| HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| | | | |
| RPR | NR | NON-REACTIVE (NR) | |
| | | | |
| URINALYSIS | NEG | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A" These results are unreliable due to the age of the specimen.
"H" These results are unreliable due to the hemolyzed condition of the specimen.
"A+H" These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO. 01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



INMAN, JOHN
ID: 234821
05/18/2005 16:40:22
SINUS RHYTHM
WITHIN NORMAL LIMITS
D.O.B.: 46 YEARS
MALE CAUCASIAN
Dr: WILLIAMS
Tech: DM
Vent. Rate: 72 bpm
RR Interval: 824 ms
PR Interval: 182 ms
QRS Duration: 84 ms
QT Interval: 370 ms
QTc Interval: 391 ms
QT Dispersion: 78 ms
P-R-T AXIS: 72° 59° 31°
Summary: NORMAL ECG
* Unconfirmed Analysis *
Comment: PHYSICAL
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
II
II
II
L: 10 mm/mV
C: 10 mm/mV
QTc=Hodges
Atria 3000 Intl.97/4.3/25.4/2.2(0104)
Serial #:0001423
25 mm/s
STABLE 150 H
C-00-409

FROM CAHABA IMAGING (TUE)JAN 11 2005 16:10/ST. 16:03/NO 6312281250 P 4

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

State ID 234821

DOB [redacted]

INSTITUTION: Frank Lee

Race: ______ Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| [signature] | 1-10-05 | | | | |

HISTORY/DIAGNOSIS:

C-7 - c/o pain back - low neck area

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| X | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOE |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

REPORT

Inman

CERVICAL SPINE: A lateral cervical spine view shows hypertrophic spurring mainly from the body of C7. C7 is quite well demonstrated on this film. It is noted that the spinous process of T1 is separated. This may represent a developmental variation or it may be due to a previous fracture involving its spinous process. There are no other significant findings.

D: & T: 01-11-05 Howard P. Schiele, M.D./jhl Board Certified Radiologist (Signature on file)

1/12/05

I. Kerbetz RT
X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

1-10-05
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

FROM CAHABA IMAGING (TUE)NOV 9 2004 14:37/ST 14:34/NO 6312281062 P 5

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Draper

Name: INMAN, JOHN

State ID No.: 234821 New

DOB [redacted]

Race: W Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter, L. | 11/05/04 | | | | |

HISTORY/DIAGNOSIS: PAIN T-3 - T-4 area

MVA

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| X | CERVICAL SPINE error | | HIP | | PELVIS | X | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

Inman

REPORT

THORACIC SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.

IMPRESSION: NORMAL STUDY.

D & T: 11-09-04 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

11/9/04 [initials]

J. Kerbetz RT — X-RAY TECHNOLOGIST'S NAME (PRINT)

[signature] — X-RAY TECHNOLOGIST'S SIGNATURE

11-8-04 — DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

* RESULTS TO L. LASSITER

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

Name: Inman, John

State ID No.: 234821

DOB: [redacted]

INSTITUTION: Draper

Race: W Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| L. Lassiter, CRNP | 11/15/04 | 3:00 pm | | | |

HISTORY/DIAGNOSIS:

R/O ABN

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| X | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

REPORT

Inman

CERVICAL SPINE: Satisfactory alignment is noted. There appears to be mild anterior wedging at C7. Vertebral body heights are otherwise maintained. The disc spaces are preserved.

IMPRESSION: MILD ANTERIOR WEDGING, C7.

D & T: 11-17-04 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

LL 11-17-04

KH, RT

X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED

FROM CAHABA IMAGING (TUE)NOV 16 2004 12:26/ST.12:21/NO 6312281305 P 6

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

(Inmate pt)

Name: Inman, John

State ID No: 234821

DOB: [redacted]

INSTITUTION: Draper

Race: W Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Williams | 11/12/04 | | | | |

HISTORY/DIAGNOSIS:

"Fracture (L) index finger"

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | X | HAND (L) index finger | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

REPORT

Inman

LEFT INDEX FINGER: There is a comminuted fracture of the distal phalanx without significant displacement of fracture fragments.

IMPRESSION: FRACTURED DISTAL PHALANX, LEFT INDEX FINGER.

D & T: 11-16-04 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

J. Kerbetz RT
X-RAY TECHNOLOGIST'S NAME (PRINT)

[signature]
X-RAY TECHNOLOGIST'S SIGNATURE

11-15-04
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

# Radiology Services Report

**NAME:** INMON, JOHN
**FACILITY:** DRAPER
**D.O.B.:** [redacted]
**ID NUMBER:** 234821

SINGLE VIEW CHEST 06/21/04

FINDINGS: Hyperinflation and hypertranslucency are consistent with COPD or bronchospasm and the lungs are otherwise clear.

The heart is not enlarged and the pulmonary vascularity is normal.

OPINION: Likely COPD with chest otherwise normal. There is apparent scarring in the medial aspect of the right lower lobe. A follow-up chest xray in 3- 6 months is recommended to confirm stability.

John Waldo, MD

Med chart
pt guide
6-25-04

# Radiology Services Report

**NAME:** INMAN, JOHN
**FACILITY:** KILBY
**D.O.B.:**
**ID NUMBER:** 234821

LUMBAR SPINE, TWO VIEWS: 5-28-04

There is an apparent superior endplate compression deformity of L2. DDD of L5-S1 is noted. The pedicles appear to be intact. Transverse processes are normal.

IMPRESSION: SUPERIOR ENDPLATE COMPRESSION DEFORMITY OF L1 PRESUMABLY ACUTE GIVEN THE PATIENT'S HISTORY.

John Waldo, MD



PHS PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|
| RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT<br>32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 | RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT<br>32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 |
| Date of Initial Examination 5-25-04 | Initial Classification |

Oral Pathology ........ Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ........ Periapical
Bitewing
Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☑ | ☐ | Hepatitis |
| ☑ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

**SERVICES RENDERED**

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Inman, John | 234821 | [redacted] | W | KCF |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| | | | | | |

| PATIENT LAST NAME FIRST MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|
| | | | |

No Charge

PHS
PRISON HEALTH SERVICES INCORPORATED

Dental

No Charge

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Dental

Print Name: John Inman Date of Request: 7-7-05
ID # 234821 Date of Birth: [redacted] Location: FLX 1-70
Nature of problem or request: Nurse Can't you know how long I've been waiting to get my tooth fixed. I've even had to pay for it. Now the tooth has broke off at gum, it can no longer be fixed so I don't need your appointment, take me off your list and give me back my money. I hope to see you in court

John Inman
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ___________ AM PM
Allergies: _______________

RECEIVED
Date: 7/8/05
Time: 2030
Receiving Nurse Intials SM

Dental

**(S)ubjective:** Take off list

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

Dental screening

**(A)ssessment:** Request reviewed

**(P)lan:** We never took any money off your acc. if you did not come in and sign consent. Thank you

Refer to: MD/PA Mental Health Dental (circled) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Garth DA
*SIGNATURE AND TITLE*

~~WHITE: INMATES MEDICAL FILE~~
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Emergency Dental

Print Name: John Inman Date of Request: 5-31-05
ID # 234821 Date of Birth: [redacted] Location: F-LVC 1-70
Nature of problem or request: Broke tooth and is cutting up inside of mouth, Very Painful

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: __________ AM PM
Allergies: __________

RECEIVED
Date: 6 3 05
Time: 630
Receiving ~~Nurse~~ DA Intials

**(S)ubjective:** Filling

**(O)bjective** Dental screening

**(A)ssessment:** Request reviewed

**(P)lan:** Apt made

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman Date of Request: 5-30-05
ID # 234821 Date of Birth: [redacted] Location: 1-70 FLX
Nature of problem or request: I've requested twice to be seen, the tooth in question has broke in half completely now and it is cutting up the inside of my mouth. I need to get on in there. I'm bleeding and this thing is hurting

John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date: 6/2/05
Time: 8:20pm
Receiving Nurse Intials bj

**(S)ubjective:**

**(O)bjective** (V/S): T: P: R: BP: WT:

**(A)ssessment:**

**(P)lan:** Duplicate

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Garrett DA
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: John Inman Date of Request: 5-15-05
ID # 234821 Date of Birth: [redacted] Location: 1-70
Nature of problem or request: Dental, I'm afraid if you dont get me in there soon it want be enough of this front tooth left to fix. Mrs Gantt there is two teeth that are in bad shape and need help soon.

John Inman
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date: 5/16/05
Time: 4:45p
Receiving Nurse Intials AHS

**(S)ubjective:** Followup

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: ____
Dental screening

**(A)ssessment:** Request reviewed

**(P)lan:** We will schedule you as soon as we can Thank you

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Gantt LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Inman, John **BCDC#:** 234821

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction

5. I understand there is no guarantee of success or permanence of the treatment.

[signature] 10-15-04
Patient's Signature Date

[signature] 10-15-04
Dentist's Signature Date



PHS
PRISON HEALTH SERVICES INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman Date of Request: 4-2-05
ID # ~~2348~~ 234821 Date of Birth: [redacted] Location: 1-70
Nature of problem or request: You all filled one of my front ~~Front~~ Teeth 5 or 6 months ago and that filling broke off tonight and its causing pain. I need to get ~~[illegible]~~ back to see dentist.

John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: ____________ AM PM
Allergies: ______________

RECEIVED
Date: 4/3/05
Time: 10:00 AM
Receiving Nurse Intials [illegible]

Dental

**(S)ubjective:** filling put in 5 or 6 months ago fell out

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: ____

Dental screening

**(A)ssessment:** Request reviewed

**(P)lan:** We well get you in as soon as we can

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Gentt PA
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman  Date of Request: 10-10-04

ID # 234821  Date of Birth: [redacted]  Location: 5-48

Nature of problem or request: My teeth are hurting due to two fillings coming out. I've been waiting for over a month to see Dentist, this is my fifth (5) request I have filled out

John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: __________ AM PM
Allergies: __________

RECEIVED
Date: 10.10.04
Time: 2030
Receiving Nurse Intials: Dm

Dental

**(S)ubjective:** Dental screening

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: ____

Pain because 2 filling fell out

**(A)ssessment:** Request received

**(P)lan:** Already has apt

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

Anne Garrett DA
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman    Date of Request: 10-06-04

ID # 254821    Date of Birth: [redacted]    Location: C-5-Bed 48

Nature of problem or request: I've got got two fillings that has come out, and they are starting to bother me. I need them fixed. This is the fourth sick slip I've filled out

John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___

Time: ____________ AM PM

Allergies: ______________

RECEIVED
Date: 10/6/04
Time: 10:00 pm
Receiving Nurse Intials [initials]

see Dentist

**(S)ubjective:** Dental screening

**(O)bjective** **(V/S): T:** ______ **P:** ______ **R:** ______ **BP:** ______ **WT:** ______

Fillings came out of 2 teeth starting to bother him. Wants filled

**(A)ssessment:** Request reviewed

**(P)lan:** and I get 30 request a day - We only have a Dentist 1 1/2 days a week - Do the math okay. We will get you in as soon as we can. Thank you

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

No need for any more request.

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

Anne Garrison
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE

YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: John INMAN Date of Request: 10-3-04
ID # 234821 Date of Birth: [redacted] Location: 5-48
Nature of problem or request: I've ~~not~~ have got two fillings That has come ~~off~~ out. My Teeth are begining to hurt. This is the third Time I've filled out Slip to see Dentist Please get me in there

John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ______ AM PM
Allergies: ______

RECEIVED
Date: 10/3/04
Time: 7:20 pm
Receiving Nurse Intials [initials]

see Dental

(S)ubjective: Dental screening

(O)bjective (V/S): T: P: R: BP: WT:
Two fillings have come out teeth starting to hurt

(A)ssessment: Request received

(P)lan: We will get you in as soon as we can
Thank you

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Hart DA
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: John Inman  Date of Request: 09-29-04
ID # 234821  Date of Birth: [redacted] Location: S-48
Nature of problem or request: These is the second Request to See Dentist about Two fillings that as came out, I would Would Like for them to be fixed.

John Inman
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: __________ AM PM
Allergies: __________

RECEIVED
Date: 9-29-04
Time: 2000
Receiving Nurse Intials Sm

Dental

**(S)ubjective:** Dental screening

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

Fillings

**(A)ssessment:** Request reviewed

**(P)lan:** We only have a dentist 1½ days a week and over 4,000 inmates. So we do what we can when we can. We will get you in when we can. Thanks again

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Garrett DA
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

QCC

Dental

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: John InmAn Date of Request: 9-13-04
ID # 234821 Date of Birth: [redacted] Location: 5Down Bed 48
Nature of problem or request: I've had Two fillings to fALL out in my mouth it's not painful at present time but I would Like to have them Looked At And Maybe Replaced
Thank you
John Inman
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: __________ AM PM
Allergies: __________

RECEIVED
Date: 9-13-04
Time: 950p
Receiving Nurse Intials [initials]

**(S)ubjective:** Dental screening

**(O)bjective** **(V/S):** **T:** ____ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

Fillings came out no pain

**(A)ssessment:** Request reviewed Oral guide

**(P)lan:** Will get in soon as possible

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Anne Garrett PA
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT