IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN INMAN, #234821           ) | |
| )                              | |
| Plaintiff,                   ) | |
| )                              | |
| v.                             ) | 2:05-CV-526-T |
| )                              | WO |
| PRISON HEALTH SYSTEMS, *et al.*,  ) | |
| )                              | |
| Defendants.                  ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 14, 2005, (Doc. No. 23), that this case be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 26th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE