IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN INMAN, #234821 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-526-T |
| ) | WO |
| PRISON HEALTH SYSTEMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on September 14, 2005 (Doc. # 23), is adopted.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 26th day of October, 2005.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE